IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS

DELTA DIVISION

ANTONIO STRONG                                                      PLAINTIFF

v.                                                      CASE NO. _____

MERRICK GARLAND ET, AL.        2:22-cv-00191-LPR-JJV        DEFENDANT

## PETITION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes now, the Petitioner, __ANTONIO STRONG_____, pro se and, for this Petition for Leave to Proceed In Forma Pauperis, states as follows:

1. Petitioner, a resident of the state of Arkansas, desires to file with this Court a Petition for Judicial Review pursuant to the Administrative Procedures Act.

2. Petitioner has completed an Affidavit in Support of Request to Proceed In Forma Pauperis, setting out their income and assets. Petitioner's Affidavit accompanies this petition.

3. Petitioner's income barely suffices to meet the costs of life's daily essential and includes no allotment that could be budgeted to pay for court fees and costs incident to this proceeding.

4. Petitioner has no other income in addition to that described in their Affidavit and no means of paying such costs without being reduced to total impoverishment.

5. Petitioner believes that there are entitled to the relief requested in the forthcoming petition and that such action is no brought for a frivolous or malicious purpose.

WHEREFORE, Petitioner prays that the court enter an order allowing them to prosecute this action In Forma Pauperis and that the Petitioner may have the necessary writs and processes without payment of fees or costs for the same.

## CERTIFICATE

(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her

credit at the ___FCI FORREST CITY-MEDIUM_____ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according

to the records of said institution: _____

_____.

I further certify that during the past six months the applicant's average balance was

$_____.

<table>
<tr><td>_____<br>Date</td><td></td><td>_____<br>Signature of Authorized Officer of Institution</td></tr>
</table>

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF:     ANTONIO STRONG

ADC NUMBER:     FEDERAL REG NO: 46018-044

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

Total deposits for last six (6) months:                              $_____

Average monthly deposit (total deposits divided by 6):     $_____

Total balances for last six (6) months:                              $_____

Average monthly balance:                                               $_____
(Total balances divided by 6)

Current account balance:                                               $_____

Initial payment of filing fee as of _____:           $_____

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: _____     AUTHORIZED OFFICIAL _____

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$505.00 FOR AN APPEAL)

IN THE CIRCUIT COURT OF __ST. FRANCIS_____ COUNTY, ARKANSAS

_____DELTA_____ DIVISION

__ANTONIO STRONG_____                                    PLAINTIFF

v.                                          CASE NO. _____

__MERRICK GARLAND, ET, AL._____              DEFENDANT

## <u>ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS</u>

On this day comes on to be heard the petition of

__ANTONIO STRONG_____, that they be permitted to prosecute the above

action In Forma Pauperis. The Court being satisfied of the truth of the facts alleged and good

cause appearing thereto, IT IS HEREBY ORDERED:

1.    The Plaintiff, __ANTONIO STRONG_____, be authorized and

permitted to proceed in the above-captioned case, In Forma Pauperis.

2.    That the Clerk of the Court shall receive and file any necessary forms or pleadings

incident to the petitioner's action without requiring the payment of fees or costs.

3.    That the sheriffs of the counties of the state of Arkansas shall serve writs or

processes incident to Petitioner's action without requiring the payment of fees or

costs.

4.    That no other officer shall require of the Petitioner any fee or costs incident to the

action.

IT IS SO ORDERED.

Judge: _____

Date: _____

CENTER FOR ARKANSAS
LEGAL SERVICES          LEGAL AID of ARKANSAS
Equal Access to Justice

# In Forma Pauperis Fact Sheet

## Introduction
"In Forma Pauperis" is a Latin phrase that means "in the form of a pauper." It is used when you cannot afford to proceed with a civil cause of action because of the fees, costs, or security required.

"Pro se" is a Latin phrase that means "on one's own behalf." Pro se is used in the legal context when a person is representing themselves in a court proceeding.

## Waiving Filing Fees
A Petition to Proceed In Forma Pauperis (IFP) is a request to the court that, due to your poverty, you should not have to pay the filing fee (currently a minimum of $165, but the fee can be more in some counties) or service costs ($50 or more if attempting personal service by sheriff). Note that this is a sworn statement to the court and any false or misleading information could be punishable by law.

Whenever you plan to file a civil action, a petition for IFP can be submitted to get the court to waive the costs involved. Generally, a court will base your ability to pay on what you own and how much money you make.

To get a court to waive the costs, you must file all of the following:
- a petition for IFP
- an affidavit of means for IFP
- the judge must sign the Order Granting Leave to Proceed IFP

In an IFP, the party seeking a waiver should fill in their name as petitioner. You will need to sign the Petition and the Supporting Affidavit. You must have the Supporting Affidavit notarized. Most banks have a notary that can do this for you for free

For the affidavit, the party should fill in their name as the Plaintiff or Petitioner and then answer each question honestly and completely. Failing to answer either honestly or completely can result in your petition being denied and could result in criminal perjury charges being filed against you.

## What Happens Next
Although most documents are to be filed in the Court Clerk's Office of your county, these IFP documents may need to be taken directly to the Judge's Clerk for approval. Before approaching the judge's clerk, you should start by asking the court clerk if they will accept the IFP documents. If not, you may take the forms to any Circuit Judge in your county. You will also need to take a copy of the Complaint or Petition you want to file with the court to the judge. If the judge decides that you are unable to pay the filing fee, then the judge will sign the Order Granting Leave to Proceed in Forma Pauperis.

You will then file the Request, Affidavit, and Order with the court clerk. Once all of these documents have been filed with the court clerk, you may proceed in filing your Complaint, Motion, or Petition. The clerk of the court will generally not file the Request and Affidavit until the Order is entered.

Make sure to keep a copy of all forms for yourself. These forms are available as interactive forms on arlegalservices.org.

*This fact sheet is a collaboration of the Center for Arkansas Legal Services and Legal Aid of Arkansas, Inc. These nonprofit organizations provide free legal assistance to eligible Arkansans who meet income, asset, and other guidelines. Legal assistance may also include advice and counsel, brief services, or full representation depending on the situation. For more information about civil legal aid in Arkansas, please visit arlegalservices.org. For information specific to Legal Aid of Arkansas, Inc., visit arlegalaid.org. Apply for services online or by calling 1-800-9-LAW-AID (1-800-952-9243).*

*The information and statements of law in this fact sheet should not be considered legal advice. This fact sheet is provided as a broad guide to help you understand how certain legal matters are handled in general. Courts may interpret the law differently. Before you take action, talk to an attorney and follow his or her advice. Always do what the court tells you to do.*

**Content provided by:**
**Legal Aid of Arkansas, Inc.**

*Updated March 2017*

 **CENTER FOR ARKANSAS LEGAL SERVICES**   LEGAL AID *of* ARKANSAS
Equal Access to Justice

# In Forma Pauperis Packet

## Inclusions

- In Forma Pauperis Fact Sheet
- Petition for Leave to Proceed In Forma Pauperis
- Affidavit in Support of Request to Proceed In Forma Pauperis
- Order Granting Leave to Proceed In Forma Pauperis