Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the

EASTERN District of ARKANSAS

DELTA Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 20 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

|  |  |
|---|---|
| ANTONIO STRONG | ) Case No. |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) 2:22-cv-00191-LPR-JJV |
| -v- | ) |
| MERRICK GARLAND ET, AL. | ) |
| *Defendant(s)* | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) |

This case assigned to District Judge __Rudofsky__
and to Magistrate Judge __Volpe__

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ANTONIO STRONG |
| All other names by which you have been known: | |
| ID Number | REGISTER NO: 46018-044 |
| Current Institution | FCI FORREST CITY-MEDIUM |
| Address | 1400 DALE BUMPERS RD. P.O. BOX 3000 |
| | FORREST CITY,    ARKANSAS    72336 |
| | *City*        *State*        *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MERRICK GARLAND/UNITED STATES OF AMERICA |
| Job or Title *(if known)* | ATTORNEY GENERAL |
| Shield Number | |
| Employer | UNITED STATES DEPARTMENT OF JUSTICE |
| Address | |
| | *City*        *State*        *Zip Code* |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | DR. SHEILA S. WOODARD |
| Job or Title *(if known)* | CLINICAL DIRECTOR/PRIMARY CARE PROVIDER |
| Shield Number | |
| Employer | FCI FORREST CITY-MEDIUM |
| Address | 1400 DALE BUMPERS ROAD |
| | FORREST CITY,    ARKANSAS    72336 |
| | *City*        *State*        *Zip Code* |

☒ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City      State      Zip Code

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City      State      Zip Code

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VIOLATION OF EIGHTH AMENDMENT; DELIBERATE INDIFFERENCE, CRUEL & UNUSUAL PUNISHMENT, NEGLIGENCE...

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [XX] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*    _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____


B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

FCI FORREST CITY MEDIUM AUGUST 28, 2021 TO PRESENT

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

AUGUST 28, 2021...

D.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

SEE ATTACHED DOCUMENT (LAWSUIT COMPLAINT)...

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

BROKEN HAND, UNNECESSARY & WANTON PAIN & SUFFERING, MENTAL ANGUISH... (SEE ATTACHED DOCUMENT... LAWSUIT COMPLAINT)

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

PLAINTIFF IS SEEKING COMPENSATORY & PUNITIVE DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

XX Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

GRIEVANCE PROCESS WAS FILED AT FCI FORREST CITY-MEDIUM...

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

XX Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

XX Yes

☐ No

☐ Do not know

If yes, which claim(s)?

EIGHTH AMENDMENT CONSTITUTIONAL VIOLATIONS...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[XX] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E.    If you did file a grievance:

1.    Where did you file the grievance?

FCI FORREST CITY-MEDIUM

2.    What did you claim in your grievance?

NEGLIGENCE, EIGHTH AMENDMENT DELIBERATE INDIFFERENCE, CRUEL & UNUSUAL PUNISHMENT...

3.    What was the result, if any?

GRIEVANCES WERE DENIED ON ALL LEVELS...

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

GRIEVANCE APPEALS WERE DENIED ON ALL LEVELS...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

NOT APPLICABLE

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

NOT APPLICABLE

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

ADMINISTRATIVE REMEDY PROCESS IS EXHAUSTED AND COMPLETED.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    NOT APPLICABLE

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

NOT APPLICABLE

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

NOT APPLICABLE

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)      NOT APPLICABLE

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

NOT APPLICABLE

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

NOT APPLICABLE

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

NOT APPLICABLE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        X    10-14-22

Signature of Plaintiff

Printed Name of Plaintiff        ANTONIO STRONG

Prison Identification #        46018-044

Prison Address        1400 DALE BUMPERS RD. P.O. BOX 3000

FORREST CITY, ARKANSAS        72335

                  *City*         *State*        *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                  *City*         *State*        *Zip Code*

Telephone Number

E-mail Address



RECEIVED
US DISTRICT COURT
EASTERN

2022 OCT 20  A 9: 33

TAPED

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS
-DELTA DIVISION-

**ANTONIO STRONG,**
PLAINTIFF

VS.

**MERRICK GARLAND
ET AL.**
DEFENDANT

CASE NO:

----------------------------
**LAWSUIT COMPLAINT**

PLAINTIFF ANTONIO STRONG, REPRESENTING HIMSELF PRO SE, ALLEGING AS FOLLOWS:

1) THIS ACTION IS BEING BROUGHT BEFORE THIS COURT FOR THE VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION, WHILE IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS AND UNDER THE DIRECT CARE OF THE FEDERAL CORRECTIONAL INSTITUTION FORREST CITY-MEDIUM. PLAINTIFF SEEKS COMPENSATORY AND PUNITIVE DAMAGES IN AN AMOUNT TO BE PROVEN AND DETERMINED AT TRIAL.

**PARTIES:**

2) PLAINTIFF ANTONIO STRONG, (HEREINAFTER "PLAINTIFF") IS AND AT ALL TIMES RELEVANT TO THIS LITIGATION; IS AN INCARCERATED INMATE CURRENTLY BEING HOUSED AT THE FEDERAL CORRECTIONAL INSTITUTION- FORREST CITY MEDIUM, LOCATED IN FORREST CITY, ARKANSAS.

3) DEFENDANT MERRICK GARLAND IS, AND AT ALL TIMES RELEVANT TO THIS LITIGATION, IS THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, AND HEAD OF THE DEPARTMENT OF JUSTICE TO THE UNITED STATES OF AMERICA, WHICH MAINTAINS OVERSIGHT OF THE FEDERAL BUREAU OF PRISONS.

4) DEFENDANT SHEILA S. WOODARD, IS, AND AT ALL TIMES RELEVANT TO THIS LITIGATION, IS THE CLINICAL DIRECTOR FOR THE HEALTH SERVICES DEPARTMENT AT FORREST CITY-MEDIUM; LOCATED IN FORREST CITY, ARKANSAS; WHICH IS OPERATED BY THE FEDERAL BUREAU OF PRISONS, UNDER THE DEPARTMENT OF JUSTICE TO THE UNITED STATES OF AMERICA.

DEFENDANT IS BEING SUED IN HER INDIVIDUAL CAPACITY, FOR ACTIONS PERFORMED IN HER OFFICIAL CAPACITY; IN THAT, SHE FAILED TO PROMULGATE, REGULATE, AND/OR ENSURE THAT PROCEDURES WERE IN PLACE, WHEREBY PLAINTIFF COULD RECEIVE PROPER AND EFFECTIVE MEDICAL TREATMENT IN A TIMELY, PROFESSIONAL, AND MEDICALLY ACCEPTABLE MANNER, AND IN ACCORDANCE WITH THE PROPER STANDARD OF CARE AS PROVIDED PURSUANT TO ARKANSAS LAW, AND IN ACCORDANCE WITH PLAINTIFF'S CONSTITUTIONAL RIGHTS PURSUANT TO THE UNITED STATES CONSTITUTION.

DEFENDANT WOODARD IS THE CLINICAL DIRECTOR OF THE HEALTH SERVICES DEPARTMENT AND BY VIRTUE OF THIS POSITION, IS RESPONSIBLE FOR THE ACTS AND OMISSIONS OF THE DEPARTMENTS PERSONNEL.

**JURISDICTION & VENUE:**

5) THIS ACTION ARISES UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, INCLUDING  "BIVENS VS. SIX UNKNOWN NAMED FED NARCOTICS AGENTS, 403 U.S. 388 (1971), AND THE FEDERAL TORT CLAIMS ACT (FTCA) 28 U.S.C. § 2671-2680. JURISDICTION IS CONFERRED UPON THIS COURT PURSUANT TO 28 U.S.C. § 1331 AND 1346(B), RESPECTIVELY. VENUE IN THIS COURT IS PROPER UNDER 28 U.S.C. § 1391 AND 1402(B), RESPECTIVELY.

**FACTUAL STATEMENT:**

6) ON OR ABOUT AUGUST 28, 2021, PLAINTIFF WAS TAKEN TO THE SPECIAL HOUSING UNIT (SHU) AFTER A FIGHT WITH ANOTHER INMATE. PRIOR TO BEING HOUSED IN THE SHU, PLAINTIFF WAS TAKEN TO MEDICAL WHERE HIS HAND WAS EXAMINED. NURSE

(1)

6) **CONTINUED**... PUTTER WAS THE MEDICAL STAFF MEMBER WHO EVALUATED ME. SHE INFORMED ME THAT MY HAND WAS LIKELY BROKEN AND WOULD REQUIRE FURTHER TREATMENT AND A PROPER CAST. BEFORE SHE RELEASED ME FROM MEDICAL, SHE PROVIDED ME WITH IBUPROFEN FOR THE PAIN THAT I WAS EXPERIENCING FROM THE INJURY TO MY HAND.

7) THE FOLLOWING DAY, PLAINTIFF WAS EXPERIENCING EXCRUTIATING PAIN IN MY HAND. PLAINTIFF ATTEMPTED TO SPEAK WITH EVERY MEDICAL STAFF MEMBER WHO WALKED PAST THE DOOR. NURSE FUTRELL WAVED PLAINTIFF OFF AND IGNORED ME WHEN I WAS TRYING TO SPEAK WITH HER; NURSE OKANE TOLD ME TO "PUT IN A SICK-CALL REQUEST TO BE SEEN."

PLAINTIFF REQUESTED A SICK-CALL SLIP FROM THE OFFICER AND REQUESTED SOMETHING FOR THE PAIN. AFTER A FEW DAYS, PLAINTIFF RECEIVED IBUPROFEN AGAIN. WHEN THE MEDICAL STAFF MEMBERS CAME BY LATER THAT DAY, PLAINTIFF INFORMED THEM THAT THE IBUPROFEN WAS NOT WORKING FOR THE LEVEL OF PAIN THE HE WAS EXPERIENCING.

8) CAPTAIN VELL CAME BY PLAINTIFF'S CELL... PLAINTIFF INFORMED HIM THAT THE NURSE HAD INFORMED HIM THAT HIS HAND WAS BROKEN AND ALL THEY WERE PROVIDING HIM WITH WAS IBUPROFEN, WHICH WAS NOT WORKING OR DOING ANYTHING TO RELIEVE THE PAIN. CAPTAIN VELL LAUGHED IN PLAINTIFF'S FACE AND SAID: "YOU NEED TO LEARN HOW TO THROW A PUNCH", AND WALKED AWAY FROM PLAINTIFF WHILE HE WAS STILL TALKING TO HIM.

9) PLAINTIFF CONTINUED TO SUBMIT SICK-CALL REQUESTS BECAUSE THE PAIN WAS BEGINNING TO BE UNBEARABLE. AFTER DEALING WITH THE PAIN FOR SEVERAL DAYS AND RECEIVING NO MEDICAL ATTENTION/TREATMENT, PLAINTIFF MADE THE DECISION TO HOLD THE FOOD SLOT DURING THE LUNCH MEAL AND DEMANDED TO EPAK WITH A LIEUTENANT. LT. WILLIAMS CAME TO SPEAK WITH ME AND ASKED ME WHAT THE PROBLEM WAS? I INFORMED HIM THAT NURSE PUTTER HAD TOLD ME THAT MY HAND WAS BROKEN AND MEDICAL STAFF WERE IGNORING ME. HE ASKED TO SEE MY HAND AND WAS ABLE TO SEE WITH HIS OWN EYES THAT SOMETHING WAS WRONG WITH MY HAND. HE IMMEDIATELY CALLED OVER TO MEDICAL TO TELL THEM TO COME SEE ME AND GIVE ME SOMETHING FOR THE PAIN. LT. WILLIAMS ALSO LET ME KNOW THAT HE WOULD MAKE SURE I WOULD BE SEEN BY A DOCTOR.

10) THE NEXT DAY, I WAS TAKEN TO MEDICAL TO RECEIVE AN X-RAY. THE X-RAY CONFIRMED THAT MY HAND WAS IN FACT BROKEN. I HAD COMPLAINED ABOUT THE PAIN IN MY HAND FOR 15 DAYS STRAIGHT BEFORE RECEIVING AN X-RAY. THE NEXT DAY I WAS TAKEN TO THE OUTSIDE HOSPITAL. THE DOCTOR WHO EVALUATED ME, INFORMED ME THAT MY HAND HAD ALREADY BEGN TO HEAL IMPROPERLY. I WAS TOLD THAT MY HAND WOULD HAVE TO BE RE-BROKEN IN ORDER FOR IT TO HEAL PROPERLY. MY HAND/ARM WAS PUT IN A SLING AND I WAS TOLD THAT I WOULD NEED TO RETURN IN 6 WEEKS. I WAS NOT TAKEN BACK TO THE HOSPITAL UNTIL 5 MONTHS LATER.

11) THE MEDICAL STAFF MEMBERS HERE AT FORREST CITY HAVE SUBJECTED ME TO CRUEL & UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE TOWARDS MY MEDICAL NEEDS BY MAKING ME SUFFER WITH A BROKEN HAND WITHOUT PROVIDING ME WITH THE PROPER TREATMENT THAT MY INJURY REQUIRED, AND ACTED WITH NEGLIGENCE BY REFUSING TO PROVIDE ME WITH ADEQUATE MEDICAL CARE IN ACCORDANCE WITH MY CONSTITUTIONAL RIGHT.

(2)

12) AS OF THE PRESENT DAY, PLAINTIFF HAS RECEIVED NO FURTHER TREATMENT AND MY INJURY HAS CLEARLY HEALED WITH A DEFORMITY AND CAUSES ME ONGOING PAIN & SUFFERING.

13) PLAINTIFF ASSERTS THAT HE HAS EXHUASTED ALL ADMINISTRATIVE REMEDY REQUIREMENTS/PROCEDURES WITHIN THE BUREAU OF PRISONS, IN AN ATTEMPT TO REMEDY THIS SITUATION, AS REQUIRED BY 28 U.S.C. § 2675.

**BÍVENS ACTION-**
**COUNT 1: DELIBERATE INDIFFERENCE**
**COUNT 2: CRUEL & UNUSUAL PUNISHMENT**

14) HERE PLAINTIFF IS ALLEGING THAT DEFENDANT SHEILA WOODARD, ACTED WITH DELIBERATE INDIFFERENCE AND ALLOWED HIM TO BE SUBJECTED TO CRUEL & UNUSUAL PUNISHMENT BY FAILING TO PROMULGATE, ORGANIZE, AND/OR FACILITATE PROCEDURES WHEREBY MEDICAL INJURIES THAT ARE SERIOUS IN NATURE, AND REQUIRE IMMEDIATE AND/OR TIMELY ACTION, ARE ADEQUATELY HANDLED IN ACCORDNACE WITH THE PROPER STANDARD OF CARE AND CONDUCT, AS SET FORTH BY ARKANSAS LAW, AND IN ACCORDANCE WITH THE UNITED STATES CONSTITUTION.

15) AS CLINICAL DIRECTOR FOR THE MEDICAL DEPARTMENT AT FCI FORREST CITY-MEDIUM, DR. WOODARD WAS DIRECTLY RESPONSIBLE FOR OVERSIGHT OF DEPARTMENT PROCEDURES ASSOCIATED WITH THE SCHEDULING OF APPOINTMENTS, REVIEWING AND SIGNING OFF ON TREATMENT PLANS FOR PATIENTS. DR. WOODARD WAS ALSO RESPOSIBLE FOR ENSURING PROPER ADMINISTERING OF MEDICAL CARE IN ORDER TO PREVENT PLAINTIFF FROM BEING SUBJECTED TO UNREASONABLE RISKS TO HIS HEALTH & SAFETY.

16) AS CLINICAL DIRECTOR FOR THE MEDICAL DEPARTMENT, DR. WOODARD HAD A PROFESSIONAL OBLIGATION TO ENSURE THAT THE DEPARTMENT OPERATED IN ACCORDANCE WITH POLICIES AND PROCEDURES SET FORTH BY THE LAWS OF THE UNITED STATES, AND THAT PLAINTIFF RECEIVED TREATMENT IN ACCORDNACE WITH HIS CONSTITUTIONAL RIGHTS ACCORDING TO THE CONSTITUTION.

17) BY VIRTUE OF THE POSITION AS CLINICAL DIRECTOR, DR. WOODARD WAS ALSO RESPONSIBLE FOR THE ACTIONS OF ALL PERSONNEL WITHIN THE DEPARTMENT SHE OVERSEES.

18) PLAINTIFF WAS INITIALLY EVALUATED BY FORREST CITY MEDICAL STAFF ON AUGUST 28, 2021, WHICH IS WHEN HE WAS INFORMED THAT HIS HAND WAS IN FACT BROKEN. PLAINTIFF WAS GIVEN IBUPROFEN TO RELIEVE THE PAIN OF HIS BROKEN HAND.

19) ON AUGUST 29, 2021, PLAINTIFF ATTEMPTED TO SPEAK WITH MEDICAL STAFF MEMBERS WHO WALKED THROUGH DOING ROUNDS IN THE SHU. MEDICAL STAFF MEMBERS IGNORED PLAINTIFF'S REQUEST AND TOLD HIM TO SUBMIT A SICK-CALL REQUEST TO BE SEEN.

20) PLAINTIFF REQUESTED A SICK-CALL SLIP WHICH HE SUBMITTED REQUESTING SOMETHING FOR THE PAIN AND ASKING TO BE SEEN FOR HIS BROKEN HAND. PLAINTIFF RECEIVED IBUPROFEN 3 DAYS LATER.

21) PLAINTIFF CONTINUED TO SUBMIT SICK-CALL REQUESTS, ASKING TO BE SEEN BECAUSE THE PAIN WAS GETTING WORSE. PLAINTIFF WAS AGAIN IGNORED BY MEDICAL STAFF MEMBERS.

(3)

22) SINCE PLAINTIFF WAS CONTINUALLY BEING IGNORED, HE DECIDED THAT THE ONLY WAY HE WAS GOING TO GET MEDICAL ATTENTION IS BY HOLDING THE FOOD SLOT AND DEMANDING TO SPEAK WITH A LIEUTENANT. THE LIEUTENANT TOOK ONE LOOK AT PLAINTIFF'S HAND AND CALLED MEDICAL TO REQUEST THAT PLAINTIFF BE GIVEN SOME FORM OF PAIN MEDICATION AND THAT HE BE SEEN FOR FURTHER EVALUATION OF HIS INJURY.

23) THE FOLLOWING DAY, PLAINTIFF WAS TAKEN TO AN OUTSIDE HOSPITAL FOR AN X-RAY WHICH CONFIRMED THAT HIS HAND WAS IN FACT BROKEN. NOT ONLY WAS IT CONFIRMED THAT PLAINTIFF'S HAND WAS BROKEN, THE DOCTOR WHO EVALUATED PLAINTIFF, INFORMED HIM THAT HIS THE BREAK WAS PRETTY SEVERE AND THAT IT HAD ALREADY BEGUN TO HEAL IMPROPERLY. PLAINTIFF'S HAND/ARM WAS PUT IN A SLING AND WAS TOLD THAT I WOULD NEED TO RETURN IN 6 WEEKS. PLAINTIFF WAS NOT TAKEN BACK TO HOSPITAL UNTIL 5 MONTHS LATER.

24) PLAINTIFF HAS CONSISTENTLY CONTACTED MEDICAL REGARDING RECEIVING THE PROPER TREATMENT OF HIS INJURY AND HIS REQUESTS ARE STILL BEING IGNORED.

25) DR. WOODARD IS PERSONALLY RESPONSIBLE FOR ENSURING THAT PATIENTS RECEIVE LEVEL OF TREATMENT THAT THEIR INJURY REQUIRES; AS SHE IS THE ONE WHO MUST SIGN OFF ON ALL PATIENT CARE AND TREATMENT PLANS.

26) DR. WOODARD WAS AWARE OF THE EXTENSIVE TIME PERIOD FOR WHICH PLAINTIFF WAS AWAITING TREATMENT OF HIS INJURY; SHE WAS RESPONSIBLE FOR SCHEDULING THE APPOINTMENT FOR PLAINTIFF TO RETURN TO HAVE HIS HAND RE-EVALUATED AFTER 6 WEEKS. THIS MEANS THAT DR. WOODARD WAS ALSO AWARE OF THE SUBSTANTIAL RISK OF HARM THAT PLAINTIFF WAS BEING SUBJECTED TO BY LEAVING HIS BROKEN HAND UNTREATED AND ALLOWING IT TO HEAL IMPROPERLY, WHICH SUBJECTED PLAINTIFF TO PAIN & SUFFERING AND A PERMANENT DISABILITY TO HIS HAND.

27) PLAINTIFF HAS NOW BEEN ENDURING THIS PAIN & SUFFERING FOR A FULL YEAR UNDER THE CARE OF FCI FORREST CITY MEDICAL DEPARTMENT WHICH DR. WOODARD IS RESPONSIBLE FOR.

28) DR. WOODARD CHOSE TO DISREGARD THE OBVIOUS RISKS TO PLAINTIFF'S HEALTH & SAFETY BY ALLOWING HIS INJURY TO BE LEFT UNTREATED FOR SUCH AN EXTENSIVE PERIOD OF TIME.

29) DR. WOODARD ACTED WITH DELIBERTAE INDIFFERENCE TO PLAINTIFF'S MEDICAL NEEDS BY ALLOWING HIM TO BE DEPRIVED OF THE "MINIMAL CIVILIZED MEASURE OF A BASIC LIFE NECESSITY" IN THE FORM OF "NECESSARY & ADEQUATE MEDICAL CARE"; THEREBY, ENDANGERING PLAINTIFF'S HEALTH AND WELLBEING IN VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS.

30) DR. WOODARD ACTED WITH A SUFFICIENTLY CULPABLE STATE OF MIND AS SHE WAS AWARE OF THE IMMINENT RISK ASSOCIATED WITH THE FAILURE TO TREAT PLAINTIFF'S INJURY IN A TIMELY, PROFESSIONAL, AND MEDICALLY ACCEPTABLE MANNER, AND FAILED TO TAKE THE NECESSARY STEPS TO ABATE OR RESOLVE THIS MATTER; THEREBY, ALLOWING PLAINTIFF TO BE SUBJECTED TO CRUEL & UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE TO HIS MEDICAL NEEDS.


**FTCA ACTION-**
**COUNT 3: NEGLIGENCE**

31) HERE PLAINTIFF IS ALLEGING THAT DEFENDANT UNITED STATES OF AMERICA, BY AND THROUGH THE ACTIONS OF IT'S EMPLOYEES, WAS NEGLIGENT IN THEIR DUTY

(4)

31) CONTINUED... TO PROVIDE PROPER PROCEDURES FOR ENSURING THAT MEDICAL INJURIES THAT ARE SERIOUS IN NATURE, WHICH REQUIRED IMMEDIATE AND/OR TIMELY ACTION, WERE HANDLED ADEQUATELY IN ACCORDNACE WITH THE PROPER STANDARD OF CARE AS SET FORTH BY ARKANSAS LAW AND THE RIGHTS AFFORDED TO PLAINTIFF BY THE 8TH AMENDMENT OF THE UNITED STATES CONSTITUTION.

32) AS A RESULT OF THE NEGLIGENCE OF DEFENDANT UNITED STATES OF AMERICA, PLAINTIFF HAS BEEN SUBJECTED TO CRUEL & UNUSUAL PUNISHMENT AS DEFENDANT WOODARD ACTED WITH DELIBERATE INDIFFERENCE TO THE MEDICAL NEEDS OF PLAINTIFF.

**IN ORDER TO ESTABLISH THE BASIS OF THIS CLAIM, PLAINTIFF REPEATS AND RE-ALLEGES THE ALLEGATIONS AND AVERMENTS OF PARAGRAPHS 1-30, IN SUMMARY, AS IF FULLY STATED HEREIN.**

33) UNITED STATES OF AMERICA, AS OVERSEER TO THE FEDERAL BUREAU OF PRISONS, WAS RESPONSIBLE FOR THE ACTIONS OF IT'S EMPLOYEES (DR. WOODARD AND ANY OTHER RESPONSIBLE STAFF MEMBERS), AND THEREFORE, SHOULD BE HELD ACCOUNTABLE FOR THE CALLOUS INDIFFERENCE TO PLAINTIFF'S MEDICAL NEEDS.

34) THE RESPONSIBLE STAFF MEMBERS OF THE FORREST CITY HEALTH SERVICES DEPARTMENT, AS WELL AS PRISON ADMINISTRATION, WERE EMPLOYEES OF THE FEDERAL BUREAU OF PRISONS, AND WERE ACTING IN THEIR OFFICIAL CAPACITIES; THEREFORE, THE UNITED STATES OF AMERICA IS PROPERLY NAMED AS THE DEFENDANT OF THE CLAIMS OF COUNT 3 OF THIS COMPLAINT.

35) PLAINTIFF SEEKS COMPENSATORY AND PUNITVE DAMAGES IN AN AMOUNT TO BE PROVEN AND DETERMINED AT TRIAL.

36) PLAINTIFF RESERVES THE RIGHT TO AMEND THIS COMPLAINT AND ALL FURTHER PLEADINGS.

WHWEREFORE, PLAINTIFF SEEKS AN AWARD OF COMPENSATORY AND PUNITIVE DAMAGES, AND FOR ALL OTHER RELIEF TO WHICH HE IS ENTITLED BY LAW. FURTHERMORE, PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

DATED THIS 31ST DAY OF AUGUST, 2022.

ANTONIO STRONG

(5)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: FEDERAL BUREAU OF PRISONS REG. DIRECTOR GRAND PRAIRIE OFFICE COMPLEX 344 MARINE FORCES DRIVE GRAND PRAIRIE, TEXAS 75051 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) ANTONIO STRONG REG NO:46018-044 FCI FORREST CITY-MEDIUM 1400 DALE BUMPERS RD. PO BOX 3000 FORREST CITY, ARKANSAS 72336 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐MILITARY ☒CIVILIAN | 4. DATE OF BIRTH 08/20/1986 | 5. MARITAL STATUS SINGLE | 6. DATE AND DAY OF ACCIDENT AUGUST 28, 2021/PRES. | 7. TIME (A.M. OR P.M.) UNKNOWN |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) I AM BEING SUBJECTED TO VARIOUS VIOLATIONS OF MY EIGHTH AMENDMENT CONSTITUTIONAL RIGHTS UNDER THE CRUEL & UNUSUAL PUNISHMENTS CLUASE; INCLUDING BUT NOT LIMITED TO NEGLIGENCE, DELIBERATE INDIFFERENCE, MEDICAL MALPRACTICE, AND CRUEL & UNUSUAL PUNISH-MENT. THIS TORT CLAIM IS IN RELATION TO AN INJURY THAT I SUFFERED ON OR ABOUT AUGUST 28, 2021 AND THE INADEQUATE MEDICAL CARE THAT I'M RECEIVING AFTER THE FACT.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code):
NONE/NOT APPLICABLE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)
NONE/NOT APPLICABLE

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
PHYSICAL & MENTAL PAIN AND SUFFERING, INABILITY TO USE HAND PROPERLY, EMOTIONAL DISTRESS, LIMITED USE OF HAND WHICH INTERFERES WITH DAILY LIFE & ACTIVITIES...

| 11. | | WITNESSES | |
|---|---|---|---|
| NAME | | ADDRESS (Number, Street, City, State, and Zip Code) | |
| NONE | | NOT APPLICABLE | |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| NONE | $2,000,000.00 | NONE | $2,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) ANTONIO STRONG | 13b. Phone number of person signing form NOT APPLICABLE | 14. DATE OF SIGNATURE 05/25/2022 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both: (See 18 U.S.C. 287, 1001.) |

| 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☑ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes    ☑ No  | 17. If deductible, state amount.

NOT APPLICABLE

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?  (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☑ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

The amount claimed should be substantiated by competent evidence as follows:

 (a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

 (b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

 (c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

 (d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C.  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

SF 95    BACK

ON OR ABOUT AUGUST 28, 2021, I ANTONIO STRONG, WAS TAKEN TO THE SPECIAL HOUSING UNIT (SHU) AFTER A FIGHT WITH ANOTHER INMATE. PRIOR TO GOING TO SHU, I WAS TAKEN TO MEDICAL TO HAVE MY HAND EXAMINED. MRS. PUTTER WAS THE NURSE WHO EVALUATED ME. SHE INFORMED ME THAT MY HAND WAS BROKEN AND THAT MY HAND WOULD REQUIRE MORE TREATMENT AND A PROPER CAST. PRIOR TO RELEASING ME FROM MEDICAL, NURSE PUTTER GAVE ME IBUPROFEN FOR THE PAIN THAT I WAS EXPERIENCING FROM MY BROKEN HAND.

THE FOLLOWING DAY I WAS EXPERIENCING EXCRUTIATING PAIN IN MY HAND; I ATTEMPTED TO SPEAK WITH EVERY MEDICAL OFFICIAL WHO CAME PAST MY DOOR. NURSE FUTRELL WAVED ME OFF AND IGNORED ME WHEN I WAS TRYING TO SPEAK WITH HER; NURSE OKANE TOLD ME TO "PUT IN A SICK-CALL REQUEST TO BE SEEN."

I REQUESTED A SICK-CALL SLIP FROM THE OFFICER... I SUBMITTED THE SICK CALL REQUESTING SOMETHING FOR THE PAIN; I RECEIVED IBUPROFEN AGAIN A FEW DAYS LATER. WHEN THE MEDICAL STAFF CAME BY, I INFORMED THEM THAT THE IBUPROFEN WAS NOT WORKING FOR THE LEVEL OF PAIN THAT I WAS EXPERIENCING.

CAPTAIN VELL CAME BY MY CELL ONE DAY... I INFORMED HIM THAT THE NURSE HAD INFORMED ME THAT MY HAND WAS BROKEN AND ALL THEY WERE GIVING ME WAS IBUPROFEN, WHICH WAS NOT WORKING OR DOING ANYTHING FOR THE PAIN. CAPTAIN VELL LAUGHED IN MY FACE AND TOLD ME "YOU NEED TO LEARN HOW TO THROW PUNCHES" AND HE WALKED AWAY FROM THE DOOR WHILE I WAS STILL TALKING TO HIM.

I CONTINUED TO SUBMIT SICK-CALL SLIPS BECAUSE THE PAIN WAS UNBEARABLE. AFTER DEALING WITH EXCRUTIATING PAIN FOR SEVERAL DAYS AND RECEIVING NO TREATMENT, I HELD THE FOOD SLOT DURING THE LUNCH MEAL AND REQUESTED TO SPEAK TO A LIEUTENANT. LT. WILLIAMS CAME TO SPEAK WITH ME AND ASKED ME WHAT THE PROBLEM WAS... I TOLD HIM THAT MY HAND WAS BROKEN AND THE MEDICAL STAFF WERE IGNORING ME. HE ASKED TO SEE MY HAND AND THEN CALLED MEDICAL TO TELL THEM TO GIVE ME SOMETHING FOR THE PAIN BECAUSE ME HAND WAS OBVIOUSLY BROKEN. LT. WILLIAMS ALSO LET ME KNOW THAT HE WOULD MAKE SURE THAT I SAW A DOCTOR.

THE NEXT DAY, I WAS TAKEN TO MEDICAL TO RECEIVE AN X-RAY. THE X-RAY CONFIRMED THAT MY HAND WAS BROKEN. I COMPLAINED ABOUT MY HAND EVERYDAY AND IT TOOK 15 DAYS FOR ME TO RECEIVE AN X-RAY. THE NEXT DAY I WAS TAKEN TO THE OUTSIDE HOSPITAL. THE DOCTOR WHO EVALUATED ME, INFORMED ME THAT MY H HAND HAD BEEN SEVERELY BROKEN AND THAT IT HAD ALREADY BEGAN TO HEAL IMPROPERLY. I WAS TOLD THAT MY HAND WOULD HAVE TO BE RE-BROKEN IN ORDER FOR IT TO HEAL PROPERLY. MY HAND/ARM WAS PUT IN A SLING AND I WAS TOLD THAT I WOULD NEED TO RETURN IN 6 WEEKS. **I WAS NOT TAKEN BACK TO THE HOSPITAL UNTIL 5 MONTHS LATER.**

THE MEDICAL STAFF HERE AT FORREST CITY-MEDIUM HAVE SUBJECTED ME TO DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS, CRUEL & UNUSUAL PUNISHMENT BY MAKING ME SUFFER WITH A BROKEN HAND WITHOUT PROVIDING ME WITH ADEQUATE MEDICAL CARE, AND NEGLIGENCE BY REFUSING TO ENSURE THAT I RECEIVED THE NECESSARY TREATMENT THAT MY INJURY REQUIRED.

**RELIEF:** I AM SEEKING TO HOLD FORREST CITY MEDICAL STAFF, ADMINISTRATION, AND ALL WHO ARE/WERE INVOLVED IN THE VIOLATION OF MY CONSTITUTIONAL RIGHTS, RESPONSIBLE FOR THE PAIN & SUFFERING THAT I AM BEING SUBJECTED TO.

SUBMITTED THIS 25TH DAY OF MAY 2022.          ANTONIO STRONG

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 4, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : ANTONIO STRONG, 46018-044
      FORREST CITY MED FCI    UNT: UNIT B-3    QTR: Z02-126LAD
      PO BOX 7000
      FORREST CITY,  AR 72336

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1096816-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : MARCH 24, 2022
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __STRONG ANTONIO T__ __46019-044__ __B3__ __FCM__
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** I WAS brought to the SHU on Aug 28 With a broken HAND I kept putting in A SIcK callS but WASN't SEEN UNTIl SEP 7th, 2021 I WAS IN for 10 DAYS finally TAKEN to the Dr. ON the 9th of SEP, I WAS GIVEN All THAT DId NOT WORK

__3-10-22__
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAR 2 4 2022
Administrative Remedy Section
Federal Bureau of Prisons

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: __1086816__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

UPN LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 17, 2022


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : ANTONIO STRONG, 46018-044
      FORREST CITY MED FCI     UNT: UNIT B-3    QTR: B03-203U
      PO BOX 7000
      FORREST CITY,  AR 72336


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID         : 1096816-R1       REGIONAL APPEAL
DATE RECEIVED     : FEBRUARY 7, 2022
SUBJECT 1         : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2         : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                INCLUDES MAIL TIME.

REJECT REASON 2: SEE REMARKS.

REMARKS           : YOU HAD 20 DAYS FROM THE DAY YOU RECEIVED YOUR BP-9
                    RESPONSE 12-09-2021 TO APPEAL. (SEE ATTACHED MEMO)
                    THEREFORE UNTIMELY.


MAR 0 4 2022

RECEIVED

For Institutic.
Delivery to Inm.

IM received on
3-7-22
R bfare UM

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Strong  Antonio__ __46018-044__ __B3__ __F&M__
         LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

**Part A - REASON FOR APPEAL** I was brought to the SHU on Aug 28th with a broken hand I kept putting in sick calls but wasn't seen Until Sep. 7th 2021 I was in for over 10 days finally taking to the Dr. on the 9th he been giving me pills that don't work.

__1-18-22__
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received
Legal Department

FEB 07 2022

Bureau of Prisons
South Central Region

_____         _____
DATE                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE       CASE NUMBER: __1096816-R1__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____  _____  _____  _____
                  LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

SUBJECT:_____

_____                                    _____
DATE                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN          PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*
*Forrest City, AR 72335*

January 11, 2022

Inmate Administrative Remedy
1096816-F1
Strong, Antonio
Reg. No. 46018-044

This above listed administrative remedy response was given to inmate Strong on 12/09/2021 after Unit Team requested a copy of it. Inmate never received original copy from Unit Team.

Counselor J. Young



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*
*Forrest City, AR 72335*

January 11, 2022

Inmate Administrative Remedy
1096816-F1
Strong, Antonio
Reg. No. 46018-044

This above listed administrative remedy response was given to inmate Strong on 12/09/2021 after
Unit Team requested a copy of it. Inmate never received original copy from Unit Team.

Counselor J Young



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Forrest City, AR 72335*

January 11, 2022

Inmate Administrative Remedy
1096816-F1
Strong, Antonio
Reg. No. 46018-044

This above listed administrative remedy response was given to inmate Strong on 12/09/2021 after Unit Team requested a copy of it. Inmate never received original copy from Unit Team.

Counselor J. Young



# U.S. Department of Justice

## Federal Bureau of Prisons

*Federal Correctional Complex*
*Forrest City, AR 72335*

January 11, 2022

Inmate Administrative Remedy
1096816-F1
Strong, Antonio
Reg. No. 46018-044

This above listed administrative remedy response was given to inmate Strong on 12/09/2021 after Unit Team requested a copy of it. Inmate never received original copy from Unit Team.

Counselor J. Young

SHV 203-143

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate's Name: Antonio Strong                Date: 9-15-21

Register Number: 46018-044    Unit:  B-3

Specific Complaint and Requested Relief: I WAS Brought to the SHU on Aug, 28th With A Broken Hand I kept putting in Sick Calls But WAS not Seen until Sept 7th 2021 I WAS in fire OVer 10 Days finally ___ taking to the Dr on the 9th Ive BEEN givin Me pills that Don't work

Efforts Made By Inmate to Informally Resolve Grievance (be specific):

I treed TAKEN the Ibuprofen the Not Workin No one SEEMS to CARE ~ WAS in pain granted I WAS given pain pills But Don't My Hand Being Broken was Taken Serious

Counselor's Comments: Medical record showed that you have been getting Tylenol #3 since 9/9-9/12. Again from 9/15 to 9/20 after you came back from your medical trip. An Ortho consult has been written. Your Tylenol #3 will be renewed.

9-21-21                                          ____ /ang. RDH
Correctional Counselor's Review Date       Unit Manager's Review Date   FCC Forrest City AR
                                                                          9-22-21
DATE BP-9 was ISSUED_____

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Antonio Strong          46019-044    B          Forest City

LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST**

The problem is I came to the Shu the 28 of august with a broken hand I suffered from unbarable pain for 13 days. Ms Nurse Putter told me my hand was broke since day 1 but still took 12 days just to get an x-ray then 2 more days just to take me to the E.R. I feel neglected for my medical rights. I would like to know what the next step would be to take so none else suffers the way I have

DATE                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

OCT 06 2021

RECEIVED

DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: 1091661 F-1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

```
  FOMES            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        12-09-2021
  PAGE 003 OF 003 *              FULL SCREEN FORMAT                *        10:44:27


  REGNO: 46018-044 NAME: STRONG, ANTONIO
  RSP OF...: FOM UNT/LOC/DST: UNIT B-3            QTR.: B03-203U    RCV OFC: FOM
  REMEDY ID: 1096816-F1      SUB1: 26BM SUB2: 26AM DATE RCV:    10-06-2021
  UNT  RCV..: UNIT B-3     QTR RCV.: Z03-140UAD      FACL RCV: FOM
  UNT  ORG..: UNIT B-3     QTR ORG.: Z03-140UAD      FACL ORG: FOM
  EVT FACL.: FOM    ACC LEV: FOM 1                   RESP DUE:   TUE  10-26-2021
  ABSTRACT.: STATES IMPROPER AND DELAYED CARE FOR BROKEN HAND
  STATUS DT: 10-28-2021   STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-06-2021
  REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
  WED 10-13-2021    MED SVC       RP    10-06-2021   INV         10-28-2021




              2 REMEDY SUBMISSION(S) SELECTED
  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

03-10-22

To whom it may concern,

I am writing in reguards to my B-P/10 that was denied. I recieved the B-P/9 late that's why my B/-P/10 was late. The counsler Mrs. Young printed a memo saying that I recieved my B/-P/9 late. but it was already 21 days late to turn in the 10. Can check to see dates.

Thank You

3-10-22



## FCI Forrest City Medium FOM

| | | | | |
|---|---|---|---|---|
| Patient: | **STRONG, ANTONIO (Male)** | | DOB: | 08/20/86 |
| Register#: | **46018-044** | | Age: | 35 |
| Date: | 09/07/21 10:28 | | Status: | OP |
| Slicecount: | 3 | | | |
| History: | ALTERCATION | | | |
| Priors: | | | | |
| Exams: | FILM RIGHT HAND | | | |

Referring Phy:
Ordering Phy:
Ordering Phy #:
Accession Numbers: 1.2.840.113619.2.370.4.2147483647.1631028214.633888

---

**Final Report**

**Exam: FILM RIGHT HAND**

**INDICATION: Altercation**

**COMPARISON: none**

**FINDINGS:**

3 views of the right hand are obtained.

Acute transverse fracture of the junction of the mid and distal shaft of the fifth metacarpal with mild volar angulation and approximate 3 mm dorsal displacement.

Acute nondisplaced fracture proximal shaft of the fourth metacarpal.

Old healed fracture distal fifth metacarpal metaphysis with mild radiovolar curve position.

No other fractures. No joint malalignment.

Soft tissue swelling dorsum of the hand.

Joint spaces are maintained.

No arthritic changes identified.

Remaining soft tissues are unremarkable.

**IMPRESSION:**

1. Acute transverse fracture of the junction of the mid and distal shaft of the fifth metacarpal with mild volar angulation and approximate 3 mm dorsal displacement.

2. Acute nondisplaced fracture proximal shaft of the fourth metacarpal.

**3. Old healed fracture distal fifth metacarpal metaphysis with mild radiovolar curve position.**

**4. No other fractures. No joint malalignment.**

**5. Soft tissue swelling dorsum of the hand.**

Radiologist:                     Farhad Khorashadi, MD

Study ready at 10:28 and initial results transmitted at 10:35

## Medication Administration Record

September 2021

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 9-24-21 Tylenol #3 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | W | W | W | | |
| Exp. Date 9-29-21   2 tab BID | 1630 | | | | | | | | | | | | | | | | | | | | | | | | | | | Yr | AV | X | X | X |
| Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Documentation Codes:** H - Hold; R - Refused; DC - Discontinued Order; S - Self Administered; NS - No Show; O - Other

DOB: _____  HT: _____  WT: _____  Allergies: ∅All

Physician: Woodard / Monhea

Pt. Name: Strong, Antonio

Registration #: 46018-044

Unit: _____

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Scanned Date: | 09/07/2021 11:37 EST | | | Facility: | FOM |

**Reviewed by Woodard, Sheila S (MAT) MD on 09/07/2021 12:37.**

## 1fa29f2b-fe4a-47d9-9062-3a03f816c525

FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>

Fri 5/27/2022 4:08 PM

To: ~^! STRONG, ~^!ANTONIO <46018044@inmatemessage.com>

**Watch call out for medical records**

A. Thomas H.I.T.
FCC Forrest City, AR

---

**From:** ~^! STRONG, ~^!ANTONIO <46018044@inmatemessage.com>
**Sent:** Thursday, May 26, 2022 5:31 PM
**To:** FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
**Subject:** ***Request to Staff*** STRONG, ANTONIO, Reg# 46018044, FOM-B-C

To: ,RS.THOMAS
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
1fa29f2b-fe4a-47d9-9062-3a03f816c525
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

IM REQUESTING MY MEDICAL RECORDS FROM THE LAST PAST YEAR PLEASE THANK YOU

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

Inmate Name:    STRONG, ANTONIO
Date of Birth:    08/20/1986
Encounter Date:  04/14/2022 15:22

Sex:    M    Race:  BLACK
Provider:  Woodard, Sheila S (MAT)

Reg #:    46018-044
Facility:  FOM
Unit:    B04

---

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:   Woodard, **Sheila** S (MAT) MD

Chief Complaint:   PULMONARY/RESPIRATORY

Subjective:    Chronic Care visit for this 36 year/old male with a history of:

1) Asthma- Most recent attack several years ago; states he uses his Albuterol Inhaler for seasonal allergy changes.  He denies fever; chills; cough; SOB; headache; loss of appetite; loss of smell; rigors; or nausea/vomiting.
Most recent CXR 2018- Clear of Disease.
Plan to renew his Albuterol Inhaler.

2) Right Hand Boxer's Fracture; Patient fractured his Right Hand 8/2021 during an altercation with another IM. He states his hand is healed at this time; however he admits to difficultly making a fist; and he admits to severe pain upon opening and closing his hand quickly.
He states his knuckles on his 5th digit has disappeared and this is causing him distress.
Patient is now opening and closing his hand quickly demostrating his pain and discomfort along with the stress of knuckle. In observing this patient; he indicates NO SIGN OF Pain; NO Grimacing; NO Distress; or difficulty holding his hand erect.
Most recent Right Hand Film indicate,a continued healing of the 5th Metacarpal without change in aligment.
Completely healed fracture proximal 4th metacarpal metaphysis un anatomic alignment.
Plan to RX Meloxicam for pain and plan to follow-up with this patient.

CCC Labs were reviewed and discussed and I fully explained his results and he does understand.

Pain:        Not Applicable

---

**Seen for clinic(s):** Pulmonary/Respiratory, Orthopedic/Rheumatology
**Added to clinic(s):** Orthopedic/Rheumatology

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|------------|---------|----------|----------|
| 04/14/2022 | 15:23 FOX | 98.1 | 36.7 | | Woodard, Sheila S (MAT) MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 04/14/2022 | 15:23 FOX | 103 | | | Woodard, Sheila S (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 04/14/2022 | 15:23 FOX | 18 | Woodard, Sheila S (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 04/14/2022 | 15:23 FOX | 125/55 | | | | Woodard, Sheila S (MAT) MD |

---

| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race:  BLACK | | Facility: | FOM |
| Encounter Date: | 04/14/2022 15:22 | Provider: | Woodard, Sheila S (MAT) | | Unit: | B04 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|

**Wright Peak Flow:**

| Date | Time | | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|------|------|------|-----------|-----------|-----------|--------|----------------|----------|
| 04/14/2022 | 15:34 | FOX | 600 | 750 | 650 | Good | Without | Woodard, Sheila S |

**SaO2:**

| Date | Time | | Value(%) | Air | | Provider |
|------|------|------|----------|-----|------|----------|
| 04/14/2022 | 15:23 | FOX | 98 | | | Woodard, Sheila S (MAT) MD |

**Height:**

| Date | Time | | Inches | Cm | Provider |
|------|------|------|--------|-----|----------|
| 04/14/2022 | 15:23 | FOX | 73.0 | 185.4 | Woodard, Sheila S (MAT) MD |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|------|------|------|-----|-----|---------------|----------|
| 04/14/2022 | 15:23 | FOX | 169.2 | 76.7 | | Woodard, Sheila S (MAT) MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Abdomen**

**Palpation**

Yes: Within Normal Limits

**Musculoskeletal**

**Wrist/Hand/Fingers**

Yes: Full Range of Motion, Symmetric, Normal Active ROM, Normal Passive Range of Motion, Neurovascular Intact, Joint Deformity

No: Normal Exam, Non-Tender on Palpation, Normal Bony Landmarks, Tophus/Tophi, Ganglion Cyst, Palpable Cord, Trigger Finger, Thenar Atrophy, Hypothenar Atrophy, Malalignment, Muscle Rupture, Muscle Atrophy, Swelling, Inflammation, Rash/Lesion(s), Ecchymosis, Erythema, Warm to Touch, Tenderness, Scaphoid Tenderness (Snuff Box), Decreased Range of Active Motion, Decreased Range of Passive Motion, Ankylosis, Ligamentous Laxity, Subcutaneous Nodules, Crepitus, Clicking, Popping

**ASSESSMENT:**

Asthma, J45909 - Remission

Pathological fracture, hand, M84443S - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|-----|------------|------|------------|
| | Albuterol Inhaler HFA ) 90 MCG/ACT | | 04/14/2022 15:22 |

**Prescriber Order:**    2 puffs Orally  -  Two Times a Day x 90 day(s)

| Inmate Name: STRONG, ANTONIO | | | Reg #: 46018-044 |
| Date of Birth: 08/20/1986 | Sex: M Race: BLACK | | Facility: FOM |
| Encounter Date: 04/14/2022 15:22 | Provider: Woodard, Sheila S (MAT) | | Unit: B04 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|-----|-----------|-----------|

Indication: Asthma

| Meloxicam Tablet | 04/14/2022 15:22 |
|---|---|

**Prescriber Order:**    7.5 mg Orally - Two Times a Day x 90 day(s)

Indication: Pathological fracture, hand

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---------|-----------|----------|----------|
| Lab Tests - Short List-General-CBC | One Time | 02/01/2023 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

## Disposition:

Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 04/15/2022 | Counseling | Access to Care | Woodard, Sheila | Verbalizes Understanding |

**Copay Required:** No          Cosign Required: No

**Telephone/Verbal Order:**   No

Completed by Woodard, Sheila S (MAT) MD on 04/15/2022 16:40

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 03/28/2022 08:19 | Provider: | Harris, J. APRN | Unit: | B03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:   Harris, J. APRN
To change x-ray order from LT hand to RT hand.

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Hand-3 View PA/Lat/Obl [Right] | One Time | | 03/29/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

pain, hx of fx

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Harris, J. APRN on 03/28/2022 08:21

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race:BLACK | | Facility: | FOM |
| Note Date: | 03/24/2022 09:25 | Provider: | Harris, J. APRN | | Unit: | B03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Harris, J. APRN
    To place order for repeat x-ray of LT hand and schedule for follow-up with provider after x-ray

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Hand-3 View PA/Lat/Obl [Left] | One Time | | 03/25/2022 | Routine |

    Specific reason(s) for request (Complaints and findings):

        pain, hx of fx

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 03/28/2022 00:00 | MLP 01 |

    f/u after repeat x-ray of LT hand

**Copay Required:** No          Cosign Required:  No
**Telephone/Verbal Order:**   No

Completed by Harris, J. APRN on 03/24/2022 09:26

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 02/01/2022 13:01 | Provider: | Morehart, P. APN | Unit: | B03 |

Cosign Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Morehart, P. APN

Mr. Strong is a 35 y/o BM s/p ROH Hand clinic consult on 1.31.2022 for f/u of his **Right 4th and 5th** metacarpal fxs. He denied pain, **numbness** or tingling.

Plan per ROH Hand Clinic MD:  WBAT of the right hand. Recommendation for **aggressive ROM right ring and** small fingers. F/u prn.

Plan: Will give Mr. Strong a Hand Therapy ball and exercise PDFs for Active Hand Exercises with and without the therapy ball.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Morehart, P. APN on 02/01/2022 13:17

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: M | Race: BLACK | Facility: | FOM |
| Encounter Date: | 01/31/2022 19:38 | Provider: Shahan, E. RN | | Unit: | B03 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1      Provider: Shahan, E. RN

Chief Complaint: Medical Trip Return

Subjective: I need a ball to squeeze to exercise my hand.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/31/2022 | 19:40 FOX | 98.4 | 36.9 | | Shahan, E. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/31/2022 | 19:40 FOX | 78 | | | Shahan, E. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/31/2022 | 19:40 FOX | 17 | Shahan, E. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/31/2022 | 19:40 FOX | 145/76 | | | | Shahan, E. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/31/2022 | 19:40 FOX | 97 | | Shahan, E. RN |

**ASSESSMENT:**

Condition Stable

IM returned today from ROH Hand clinic. Recommendation for aggressive ROM right ring and small fingers and f/u prn.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/31/2022 | Counseling | Access to Care | Shahan, E. | Verbalizes Understanding |

**Copay Required:** No      Cosign Required: Yes

**Telephone/Verbal Order:** No

| | | | |
|---|---|---|---|
| Inmate Name: STRONG, ANTONIO | | Reg #: | 46018-044 |
| Date of Birth: 08/20/1986 | Sex: M   Race: BLACK | Facility: | FOM |
| Encounter Date: 01/31/2022 19:38 | Provider: Shahan, E. RN | Unit: | B03 |

Completed by Shahan, E. RN on 01/31/2022 19:43

Requested to be cosigned by Morehart, P. APN.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/31/2022 19:38 | Provider: | Shahan, E. RN | Facility: | FOM |

**Cosigned with New** Encounter Note by Morehart, P. APN on 02/01/2022 13:01.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: STRONG, ANTONIO | | Reg #: 46018-044 |
| Date of Birth: 08/20/1986 | Sex: M Race: BLACK | Facility: FOM |
| Encounter Date: 01/18/2022 13:35 | Provider: Morehart, P. APN | Unit: B03 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:   Morehart, P. APN

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:   On 01.13.2022 - Mr. Strong presented to sick call citing "my hand" need cast changed. States he was supposed to go back to Ortho. Mr Strong was advised he would be seen on 01.13.2022; but left w/o being seen.

Today, Mr. Strong is seen for follow-up. Supposedly, Mr. Strong was in an altercation on 8.28.2021 and suffered Boxers fractures of the 4th and 5th metacarpal bones. He was sent to ROMC on 9.09.2021 and returned with a splint. Per review of the ROMC note in BEMR, no orders are noted, however, a f/u with Ortho surgery was entered and when he was scheduled he could not be located in a timely manner and missed the appointment. He has been rescheduled in near future.

Mr. Strong is argumentative and states that rewrapping of the splint with clean Surgigrip and bandages are not the same as the hospitals wrap and it will be uncomfortable. He complains that he was not sent out in a timely manner to the hospital or to Ortho. It was explained that when he was scheduled Ortho, he could not be found. He is advised a f/u appointment with Ortho is scheduled in near future and he should make sure he is available.

He was advised that recent x-rays indicate the 4th metacarpal fracture is healed and the 5th metacarpal fracture had interval healing. There was also an old healed distal 5th metacarpal fracture with mild radiovolar curve position.

Mr. Strong has no c/o pain this date.

Pain:   Not Applicable

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Easily Tired, Fatigue, Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Fractures

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: M | Race: BLACK | Facility: | FOM |
| Encounter Date: | 01/18/2022 13:35 | Provider: Morehart, P. APN | | Unit: | B03 |

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/18/2022 | 13:35 | FOX | 97.1 | 36.2 | Forehead | Morehart, P. APN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/18/2022 | 13:35 | FOX | 77 | | | Morehart, P. APN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 01/18/2022 | 13:35 | FOX | 14 | Morehart, P. APN |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 01/18/2022 | 13:35 | FOX | 129/81 | | | | Morehart, P. APN |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 01/18/2022 | 13:35 | FOX | 97 | | Morehart, P. APN |

**Height:**

| Date | Time | | Inches | Cm | Provider |
|---|---|---|---|---|---|
| 01/18/2022 | 13:35 | FOX | 70.0 | 177.8 | Morehart, P. APN |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 01/18/2022 | 13:35 | FOX | 165.0 | 74.8 | | Morehart, P. APN |

**Exam:**

**Diagnostics**
**Radiology**
Yes: Results

**General**
**Affect**
Yes: Cooperative, Irritable, Agitated, Anxious

**Skin**
**General**
Yes: Within Normal Limits

**Head**
**General**
Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits

**Cardiovascular**
**Observation**
Yes: Within Normal Limits

**Peripheral Vascular**
**General**
Yes: Within Normal Limits

| Inmate Name:  STRONG, ANTONIO | | Reg #:  46018-044 |
|---|---|---|
| Date of Birth:  08/20/1986 | Sex:    M    Race:  BLACK | Facility:  FOM |
| Encounter Date:  01/18/2022 13:35 | Provider:  Morehart, P. APN | Unit:    B03 |

Musculoskeletal

Wrist/Hand/Fingers

No: Normal Bony Landmarks R

## ROS Comments

right hand Boxer's Fractures

## Exam Comments

Splint with all of its under padding and ace wrap soiled and appeared to be partially removed.
Site cleaned and re-wrapped.
There is a hard bony deformity at the distal metacarpal; unsure if this is from the new fracture or the **old healed fracture**.
Mr. Strong maintains this is from more recent fracture. However, per X-ray the bone was only slightly **displaced at 2 mm.**

## ASSESSMENT:

Pathological fracture, hand, M84443S - Current

## PLAN:

New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Hand-General [Right] | One Time | | 01/19/2022 | Today |

Specific reason(s) for request (Complaints and findings):

right hand for comparison of healing of fractures.

## Disposition:

Discharged to Housing Unit with Convalescence

## Other:

Mr. Strong advised, that if his splint & the wrapping becomes soiled, return to clinic.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/18/2022 | Counseling | Access to Care | Morehart, P. | Verbalizes Understanding |
| 01/18/2022 | Counseling | Diagnosis | Morehart, P. | Verbalizes Understanding |
| 01/18/2022 | Counseling | Plan of Care | Morehart, P. | Verbalizes Understanding |

Reapply splint with change of padding.
Ortho consult is pending.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Morehart, P. APN on 01/18/2022 16:51

Requested to be reviewed by Woodard, Sheila S (MAT) MD.

Review documentation will be displayed on the following page.

Bureau of Prisons
Health Services
Cosign/Review

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/18/2022 13:35 | Provider: | Morehart, P. APN | Facility: | FOM |

**Reviewed by Woodard, Sheila S (MAT) MD on 01/25/2022 13:14.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Encounter Date: | 01/13/2022 09:00 | Provider: | Morehart, P. APN | Unit: | B03 |

Mid Level Provider - Sick Call Note encounter at Health Services.

**Reason Not Done:**   Unavailable

**Comments:** Left w/o being seen.

**Cosign Required:** No

Completed by Morehart, P. APN on 01/15/2022 18:22.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: STRONG, ANTONIO | | | | Reg #: 46018-044 |
| Date of Birth: 08/20/1986 | | Sex: M  Race: BLACK | | Facility: FOM |
| Encounter Date: 12/07/2021 09:00 | | Provider: Morehart, P. APN | | Unit: B03 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

### SUBJECTIVE:

COMPLAINT 1       Provider: Morehart, P. APN

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

Subjective: Mr. Strong is a 35 y/o BM who presents to HSU asking about what he is supposed to do about the cast he is wearing. He states he went out to ROMC for fractures and was placed in cast about 6 weeks ago.
He denies pain, has good range of motion of his fingers.

Pain: No

### ROS:

**General**

**Constitutional** Symptoms

No: Chills, Fatigue, Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

Yes: Fractures

### OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/07/2021 | 09:00 FOX | 96.8 | 36.0 | Forehead | Morehart, P. APN |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/07/2021 | 09:00 FOX | 69 | | | Morehart, P. APN |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/07/2021 | 09:00 FOX | 14 | Morehart, P. APN |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/07/2021 | 09:00 FOX | 145/86 | | | | Morehart, P. APN |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

| Inmate Name: | STRONG, ANTONIO | | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | | Sex: | M | Race: BLACK | Facility: | FOM |
| Encounter Date: | 12/07/2021 09:00 | | Provider: | Morehart, P. APN | | Unit: | B03 |

| Date | Time | Value(%) | Air | | | Provider | |
|---|---|---|---|---|---|---|---|
| 12/07/2021 | 09:00 FOX | 98 | | | | Morehart, P. APN | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 12/07/2021 | 09:00 FOX | 70.0 | 177.8 | Morehart, P. APN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/07/2021 | 09:00 FOX | 168.0 | 76.2 | | Morehart, P. APN |

## Comments

Per chart review Mr. Strong was in an altercation on 08.30.2021 and was sent to ROMC on 9.15.2021 with diagnosis of boxer's fracture.
He was supposed to f/u with Ortho but on date of appointment was not located per note on consult, "11/8/21-LT COULD NOT LOCATE IM IN TIME FOR APPT. CANCELED." New time frame needed.

## ASSESSMENT:

Pain in unspecified hand, M79643 - Resolved

Pathological fracture,,hand, M84443S - Current - *Boxer's fractures of the Right Hand - occurred on 8.30.2021.*

## PLAN:

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Hand-General [Right] | One Time | | 12/08/2021 | Routine |

Specific reason(s) for request (Complaints and findings):

Boxer's Fractures right hand 08.30.2021

## Disposition:

Discharged to Housing Unit with Convalescence

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/07/2021 | Counseling | Access to Care | Morehart, P. | Verbalizes Understanding |
| 12/07/2021 | Counseling | Diagnosis | Morehart, P. | Verbalizes Understanding |
| | Right hand Boxer's fractures | | | |
| 12/07/2021 | Counseling | Plan of Care | Morehart, P. | Verbalizes Understanding |
| | Has a Consult with Ortho - will f/u with a time frame. | | | |
| 12/07/2021 | Counseling | Plan of Care | Morehart, P. | Verbalizes Understanding |
| | Right hand x-rays | | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Morehart, P. APN on 12/07/2021 09:16

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race: BLACK | Facility: | FOM |
| Note Date: | 10/05/2021 10:39 | Provider: | Futrell, S. RN, QIIP | | Unit: | Z03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    1        Provider:  Futrell, S. RN, QIIP

        Needs covid 19 testing because his cell mate in SHu is in quarantine.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 10/08/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Woodard, Sheila S (MAT) MD | | |

**Copay Required:** No           **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Morehart, P. APN

**Telephone or Verbal order read back and verified.**

Completed by Futrell, S. RN, QIIP on 10/05/2021 10:40

Requested to be cosigned by Morehart, P. APN.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 10/05/2021 10:39 | Provider: | Futrell, S. RN, QIIP | | Facility: | FOM |

Cosigned by Morehart, P. APN on 10/05/2021 12:17.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race:BLACK | Facility: | FOM |
| Note Date: | 10/04/2021 11:34 | Provider: | | Morehart, P. APN | Unit: | Z03 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Morehart, P. APN

Per RN, "Inmate requesting renewal for Ibuprofen 800."

Review of clinical noted. MD prescribed 7 days of Ibuprofen on 10.01.2021; order reads to purchase from commissary when these are exhausted.

No indication to refill Ibuprofen at this time.

**Copay Required:** No          Cosign Required:  No

**Telephone/Verbal Order:**   No

Completed by Morehart, P. APN on 10/04/2021 11:35

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race:BLACK | Facility: | FOM |
| Note Date: | 10/01/2021 15:54 | Provider: | Newmon, Robert RN | Unit: | Z03 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

 ADMINISTRATIVE NOTE   1         Provider:   Newmon, Robert RN
  Inmate requesting renewal for Ibuprofen 800.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Newmon, Robert RN on 10/01/2021 15:55
Requested to be cosigned by  Morehart, P. APN.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/01/2021 15:54 | Provider: | Newmon, Robert RN | Facility: | FOM |

**Cosigned with New** Encounter Note by Morchart, P. APN on 10/04/2021 11:34.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | Reg.#: | 46018-044 |
|---|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | | | |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: BLACK | Facility: | FOM |
| Note Date: | 10/01/2021 16:01 | Provider: | Woodard, Sheila S (MAT) | Unit: | | Z03 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Woodard, Sheila S (MAT) MD

Plan to change this patient's prescription from Tylenol #3 to Ibuprofen 800mg for **10 days.**


**New Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> |
|---|---|---|
| | Ibuprofen Tablet | 10/01/2021 16:01 |
| | **Prescriber Order:**    800 mg Orally  -  daily x 10 day(s) | |
| | Indication:   Pain in unspecified hand | |

**Copay Required:** No          Cosign Required:  No

**Telephone/Verbal Order:**  No

Completed by Woodard, Sheila S (MAT) MD on 10/01/2021 16:02

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 10/01/2021 13:13 | Provider: | Woodard, Sheila S (MAT) | Unit: | Z03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    1        Provider:  Woodard, Sheila S (MAT) MD
      Plan to change this patient's prescription from Tylenol #3 to Ibuprofen 800mg for 10 days.

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 494464-FOX | Ibuprofen 800 MG Tab | 10/01/2021 13:13 |

        **Prescriber Order:** Take one tablet (800 MG) by mouth twice daily with food as needed for pain for 7 days *Please purchase from commissary when these are gone if needed* Rx 10 day(s)
        Indication:  Pain in unspecified hand

**Copay Required:** No        Cosign Required: No
**Telephone/Verbal Order:**  No

Completed by Woodard, Sheila S (MAT) MD on 10/01/2021 13:17

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M      Race: BLACK | Facility: | FOM |
| Note Date: | 10/01/2021 13:13 | Provider: | Woodard, Sheila S (MAT) | Unit: | Z03 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE    1          Provider:   Woodard, Sheila S (MAT) MD

       Plan to change this patient's prescription from Tylenol #3 to Ibuprofen 800mg for 10 days.

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 494464-FOX | Ibuprofen 800 MG Tab | 10/01/2021 13:13 |

         **Prescriber Order:** Take one tablet (800 MG) by mouth twice daily with food as needed for pain for 7 days *Please purchase from commissary when these are gone if needed* X10 day(s)

         Indication:   Pain in unspecified hand

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Woodard, Sheila S (MAT) MD on 10/01/2021 13:17

Bureau of Prisons
Health Services
See Amendment

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/01/2021 16:01 | | | Facility: | FOM |

**Amendment made to this note by** Woodard, Sheila S (MAT) MD on 10/01/2021 **16:02.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 10/01/2021 13:14 | Provider: | Woodard, Sheila S (MAT) | Unit: | Z03 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**         Provider:   Woodard, Sheila S (MAT) MD

**Plan** to **renew** this patient's Tylenol #3 2 pills BID for 5 days

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Woodard, Sheila S (MAT) MD on 10/01/2021 15:51

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 09/24/2021 15:21 | Provider: | Woodard, Sheila S (MAT) | Unit: | Z03 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1         Provider:  Woodard  Sheila S (MAT) MD

Plan to renew this patient's Tylenol #3 2 pills BID for 5 days

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 494635-FOX | Acetaminophen/Codeine 300/30MG Tab UD | 09/24/2021 15:21 |

Prescriber Order:    Take two tablets  by mouth twice daily for 5 days \*\*\*crush/empty\*\*\* at x 5 day(s) Pill Line Only

Indication:   Pain in unspecified hand

**Copay Required:** No          Cosign Required:  No

**Telephone/Verbal Order:**   No

Completed by Woodard, Sheila S (MAT) MD on 09/24/2021 15:23

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 09/24/2021 15:21 | Provider: | Woodard, Sheila S (MAT) | Unit: | Z03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:   Woodard, Sheila S (MAT) MD

Plan to renew this patient's Tylenol #3 2 pills BID for 5 days

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 494635-FOX | Acetaminophen/Codeine 300/30MG Tab UD | 09/24/2021 15:21 |

Prescriber Order:    Take two tablets by mouth twice daily for 5 days ***crush/empty*** at x 5 day(s) Pill Line Only

Indication:    Pain in unspecified hand

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Woodard, Sheila S (MAT) MD on 09/24/2021 15 23

Bureau of Prisons
Health Services
See Amendment

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/01/2021 13:14 | | | Facility: | FOM |

**Amendment made to** this note by Woodard, Sheila S (MAT) MD on 10/01/2021 15:51.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| **Inmate Name:** STRONG, ANTONIO | | **Reg #:** 46018-044 |
| **Date of Birth:** 08/20/1986 | **Sex:** M **Race:** BLACK | **Facility:** FOM |
| **Encounter Date:** 09/15/2021 12:29 | **Provider:** Woodard, Sheila S (MAT) | **Unit:** Z03 |

Physician - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:  Woodard, Sheila S (MAT) MD

Chief Complaint:  GENERAL

Subjective:  Medical Trip return for this patient recently evaluated
for a Boxer's Fracture sustained several weeks ago.
He presents in Stable condition with a Pain Score 9/10
His paper work indicated a follow-up in one week
for evaluation.
Plan to submit a Consult for Ortho and plan to RX Tylenol #3.

Pain:       Yes

Pain Assessment

| | |
|---|---|
| Date: | 09/15/2021 12:35 |
| Location: | Hand-Right |
| Quality of Pain: | Aching |
| Pain Scale: | 9 |
| Intervention: | Plan to submit for Ortho Consult |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | Fracture |
| Relieving Factors: | Tylenol #3 |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**ASSESSMENT:**

Pain in unspecified hand, M79643 - Current

**PLAN:**

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 494471-FOX | Acetaminophen/Codeine 300/30MG Tab UD | 09/15/2021 12:29 |

 **Prescriber Order:**   Take two tablets by mouth twice daily \*\*\*crush/empty\*\*\* at x 5 day(s) Pill
Line Only

Indication:  Pain in unspecified hand

**Disposition:**

Follow-up at Sick Call as Needed

Inmate Name:   STRONG, ANTONIO                                                              Reg #:    46018-044
Date of Birth:   08/20/1986                    Sex:      M     Race:   BLACK                 Facility:   FOM
Encounter Date: 09/15/2021 12:29               Provider:   Woodard, Sheila S (MAT)          Unit:       Z03

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/15/2021 | Counseling | Access to Care | Woodard, Sheila | Verbalizes Understanding |

**Copay Required:** No          Cosign Required:  No

**Telephone/Verbal Order:**  No

Completed by Woodard, Sheila S (MAT) MD on 09/15/2021 12:38

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 09/10/2021 20:00 | Provider: | O'Kane, Shanon RN | Unit: | ,   Z03 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:   O'Kane, Shanon RN

During evening nurse rounds, IM complained of unrelenting pain to R hand r/t recent fracture. Notified on call MD- verbal order given for Tylenol #3 (2) tablets BID through the weekend. IM will begin Ibuprofen 800mg BID for 7 days on Monday morning for pain management. IM notified of plan of care and verbalized understanding.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 09/10/2021 20:00 |

        **Prescriber Order:**     2 tab Orally  -  Two Times a Day x 2 day(s) Pill Line Only

        Start Now:  Yes

          Night Stock Rx#:

          Source:  Pyxis

          Admin Method:   Pill Line

          Stop Date:  09/12/2021 19:59

          MAR Label:  2 tab Orally  -  Two Times a Day x 2 day(s) Pill Line Only

          One Time Dose Given:  No

| | | |
|---|---|---|
| | Ibuprofen Tablet | 09/10/2021 20:00 |

        **Prescriber Order:**     800mg Orally  -  Two Times a Day x 7 day(s) -- IM is to start Ibuprofen on Monday morning 9/13/21

**Copay Required:** No          **Cosign** Required:  Yes

**Telephone/Verbal Order:**  Yes        By:  Tomar, M. MD

**Telephone or Verbal order read back and verified.**

Completed by O'Kane, Shanon RN on 09/11/2021 17:28

Requested to be cosigned by  Tomar, M. MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/10/2021 20:00 | Provider: | O'Kane, Shanon RN | Facility: | FOM |

**Cosigned by Tomar, M. MD on 09/11/2021 20:26.**

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: BLACK | Facility: | FOM |
| Note Date: | 09/10/2021 14:36 | Provider: | Woodard, Sheila S (MAT) | | Unit: | Z03 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1        Provider:  Woodard, Sheila S (MAT) MD
Plan to schedule a follow-up visit.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedic Surgery | 09/23/2021 | 09/23/2021 | Routine | No | |

Subtype:

Evaluation, Orthopedic Surgery

Reason for Request:

Patient has a Boxer's Fracture and was evaluated in the ROMC; he was advised to follow-up with Orthopedic Surgery.
Request an evaluation for this patient.

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Woodard, Sheila S (MAT) MD on 09/10/2021 14:41

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race:   BLACK | Facility: | FOM |
| Encounter Date: | 09/09/2021 08:49 | Provider: | Woodard, Sheila S (MAT) | Unit: | Z03 |

Physician - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT  1**          Provider:   Woodard, Sheila S (MAT) MD

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:     Sick Call note for this 35 year/old male involved in a Altercation on 8/30/2021 with another inmate presented stating "my hand has been broken and it hurts".
At the initial presentation the inmate right hand was moderately swollen; with limited ROM to the pinky to the right hand, c/o pain 8/10 throbbing/aching.
Hand X/Ray indicated Acute transverse fracture of the junction of the mid and distal shaft of the fifth metacarpal with mild volar angulation and approximate 3 mm dorsal displacement.
Acute nondisplaced fracture proximal shaft of the 4 metacarpal.
Plan to send this patient out to ROMC for an evaluation.

Pain:          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/09/2021 08:56 |
| Location: | Wrist-Right |
| Quality of Pain: | Throbbing |
| Pain Scale: | 8 |
| Intervention: | Plan to refer this patient to ROMC for an evaluation |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | Any hand movement |
| Relieving Factors: | NASID'S |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:

## Exam:

### Musculoskeletal

#### Wrist/Hand/Fingers

Yes: Neurovascular Intact, Joint Deformity, Trigger Finger, Swelling, Inflammation, Tenderness, Ligamentous Laxity, Subcutaneous Nodules, Crepitus
No: Normal Exam, Full Range of Motion, Non-Tender on Palpation, Normal Bony Landmarks, Symmetric, Normal Active ROM, Normal Passive Range of Motion, Tophus/Tophi, Ganglion Cyst, Palpable Cord, Thenar Atrophy, Hypothenar Atrophy, Malalignment, Muscle Rupture, Muscle Atrophy, Rash/Lesion(s), Ecchymosis, Erythema, Warm to Touch, Scaphoid Tenderness (Snuff Box), Decreased Range of Active Motion, Decreased Range of Passive Motion, Ankylosis

## ASSESSMENT:

| Inmate Name: STRONG, ANTONIO | | | Reg #: 46018-044 |
|---|---|---|---|
| Date of Birth: 08/20/1986 | Sex: M    Race: BLACK | | Facility: FOM |
| Encounter Date: 09/09/2021 08:49 | Provider: Woodard, Sheila S (MAT) | | Unit: Z03 |

Pain in unspecified hand, M79643 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedic Surgery | 09/09/2021 | 09/09/2021 | Urgent | No | |

    Subtype:

       Evaluation, Orthopedic Surgery

    Reason for Request:

       Request an evaluation for this 35 year/old male involved in an Altercation with another inmate complaining of pain in his Right Hand. Describes his Pain as Throbbing Pain Score 8/10.
X- Ray indicated acute transverse fracture of the junction of the mid and distal shaft of the fifth metacarpal with mild volar angulation and approximate 3 mm dorsal displacement.
Acute nondisplaced fracture proximal shaft of the 4 metacarpal.
Request an evaluation of this patient's hand.

**Disposition:**

    Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/09/2021 | Counseling | Access to Care | Woodard, Sheila | Verbalizes Understanding |

**Copay Required:** Yes       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Woodard, Sheila S (MAT) MD on 09/09/2021 09:07

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: M    Race: BLACK | | Facility: | FOM |
| Note Date: | 09/09/2021 07:30 | Provider: Putter, K. RN | | Unit: | Z03 |

**Admin Note** - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Putter, K. RN

Verbal order to administer Tylenol #3 2 tabs for 1 time order d/t Fx/dislocated right hand.

**Copay Required:** No                    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Putter, K. RN on 09/09/2021 13:03

Requested to be cosigned by Tomar, M. MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review ·

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/09/2021 07:30 | Provider: | Putter, K. RN | Facility: | FOM |

Cosigned by Tomar, M. MD on 09/10/2021 14:14.

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race:BLACK | | Facility: | FOM |
| Note Date: | 09/08/2021 07:54 | Provider: | Woodard, Sheila S (MAT) | Unit: | | Z03 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:  Woodard, Sheila S (MAT) MD

Patient has a hand fracture s/p altercation. He was scheduled to go
out to ROMC; however he did not go out.
Patient continues to complain of "Unrelenting Pain" Pain Score 10/10
when he places his hand down.
Plan to RX Tylenol#3 BID for 2 days

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 09/08/2021 07:54 |

Prescriber Order:    30mg Orally  -  Two Times a Day x 2 day(s) Pill Line Only

Indication:  Pain in unspecified hand

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**  No

**Completed by** Woodard, Sheila S (MAT) MD on 09/08/2021 08:00

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 09/07/2021 10:41 | Provider: | Nichols, Candyce RN | Unit: | Z03 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Nichols, Candyce RN

this inmate placed a sick call with the c/o "my hand has been broke and it hurts". This inmate was in an altercation 8/30/2021-xray ordered. Inmate right hand is moderately swollen, limited ROM to the pinky to the right hand, c/o pain 8/10 throbbing/aching. This inmate is scheduled for xray today-results given to MD. Order to be sent to ER-please refer to MD note.

order to splint affected hand.  SAM splint to right hand and pinky.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Nichols, Candyce RN on 09/07/2021 10:43
Requested to be cosigned by Woodard, Sheila S (MAT) MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/07/2021 10:41 | Provider: | Nichols, Candyce RN | Facility: | FOM |

**Cosigned by Woodard, Sheila S (MAT) MD** on 09/07/2021 11:01.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | | Facility: | FOM |
| Encounter Date: | 09/03/2021 09:59 | Provider: | Gibson, E. RRT | | Unit: | Z03 |

Admin Note - Chart Review encounter at Health Services.
**Reason Not Done:**   Unavailable

**Comments:** Late entry; Called SHU in the morning of 9/2 and asked if I/m could be brought over for x-rays. I/m was not brought over. I/m was on SHU schedule to be brought over on 9/3 but could not be brought over due to circumstances in SHU.
**Cosign Required:** No
Completed by Gibson, E. RRT on 09/07/2021 10:01.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex:    M    Race: BLACK | Facility: | FOM |
| Note Date: | 09/02/2021 12:34 | Provider:   Harris, J. APRN | Unit: | Z03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    1          Provider:   Harris, J. APRN

        IM reports pain to RT hand following altercation. Will renew Ibuprofen at this time.  X-ray has been ordered and is pending being done.

**ASSESSMENTS:**

Pain in unspecified hand, M79643 - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 09/02/2021 12:34 |
| | **Prescriber Order:**    800mg Orally  -   Two Times a Day x 7 day(s) | |
| | Indication:   Pain in unspecified hand | |

**Copay Required:** No        Cosign Required:  No

**Telephone/Verbal Order:**   No

Completed by Harris, J. APRN on 09/02/2021 12:36

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 08/29/2021 13:55 | Provider: | Putter, K. RN | Unit: | Z03 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE   1          Provider:   Putter, K. RN

   Per MD schedule x-ray of right hand for 8/30/21. Administer Ibuprofen 800 mg BID x 5 days and will follow-up with inmate on SHU rounds. Ibuprofen 800 mg given from pyxis.

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Hand-2 View PA/Obl [Right] | One Time | | 08/30/2021 | Routine |

   Specific reason(s) for request (Complaints and findings):

   Involved in altercation. Swelling to right hand.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Putter, K. RN on 08/29/2021 13:59

Requested to be cosigned by  Tomar, M. MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/29/2021 13:55 | Provider: | Putter, K. RN | Facility: | FOM |

**Cosigned by Tomar, M. MD on 08/30/2021** 14:38.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  STRONG, ANTONIO | | Reg #:  46018-044 |
| Date of Birth:  08/20/1986 | Sex:  M  Race:  BLACK | Facility:  FOM |
| Encounter Date: 08/28/2021 20:41 | Provider:  Putter, K. RN | Unit:  Z01 |

Injury Assessment - Non-work-related encounter performed at Health Services.

**SUBJECTIVE:**

   INJURY   1        Provider:   Putter, K. RN

   **Date of Injury:**     08/28/2021 17:18        Date Reported for Treatment:     08/28/2021 17:25

   **Work Related:**     No        **Work Assignment:**    B3 UNIT

   Pain Location:    Hand-Right

   Pain Scale:    8

   Pain Qualities:   Aching

   Where Did Injury Happen (Be specific as to location):

      B3 Housing unit upper tier

   Cause of Injury (Inmate's Statement of how injury occurred):

      Hit something hard.

   Symptoms (as reported by inmate):

      Hand hurting and swelling

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/28/2021 | 17:25 FOX | 98.2 | 36.8 | | Putter, K. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/28/2021 | 17:25 FOX | 95 | | | Putter, K. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/28/2021 | 17:25 FOX | 20 | Putter, K. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/28/2021 | 17:25 FOX | 131/91 | | | | Putter, K. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/28/2021 | 17:25 FOX | 98 | | Putter, K. RN |

**Exam:**

   Musculoskeletal

      Wrist/Hand/Fingers

         Yes: Full Range of Motion R, Normal Active ROM R, Swelling R, Tenderness R

**ASSESSMENT:**

   Alteration in comfort

| Inmate Name: STRONG, ANTONIO | | Reg #: 46018-044 |
| Date of Birth: 08/20/1986 | Sex: M   Race: BLACK | Facility: FOM |
| Encounter Date: 08/28/2021 20:41 | Provider: Putter, K. RN | Unit: Z01 |

Inmate evaluated due to altercation in B3 housing unit with another inmate. Inmate Alert and oriented x 3. Inmate calm, cooperative, and able to follow verbal commands without difficulty. All vital signs within normal range. Inmate reported pain and swelling to right hand. Inmate reported that he hit something really hard causing injury. Officer reports that he heard contact and inmate was advancing towards another inmate when visual was contact was made. Swelling noted to metatarsal bones on 3rd and 4th fingers- Attempted to notify on-call MDs. Inmate provided with ice pack - educated on apply ice for 20 minutes and protecting the skin. Ibuprofen 800 mg 1 dose for pain. No other injures noted. Inmate denied any other injuries at this time. Inmate stable for admission into SHU.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/28/2021 | Counseling | Access to Care | Putter, K. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Putter, K. RN on 08/28/2021 20:58

Requested to be cosigned by Woodard, Sheila S (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/28/2021 20:41 | Provider: | Putter, K. RN | Facility: | FOM |

**Cosigned by Woodard, Sheila S (MAT) MD on 08/31/2021 07:50.**

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 06/02/2021 | End Date: | 06/02/2022 |
|---|---|---|---|
| Reg #: | 46018-044 | Inmate Name: | STRONG, ANTONIO |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/14/2022 | 15:23 FOX | 98.1 | 36.7 | | Woodard, Sheila S (MAT) MD |
| | Orig Entered: 04/14/2022 16:26 EST   Woodard, Sheila S (MAT) MD | | | | |
| 01/31/2022 | 19:40 FOX | 98.4 | 36.9 | | Shahan, E. RN |
| | Orig Entered: 01/31/2022 20:42 EST   Shahan, E. RN | | | | |
| 01/18/2022 | 13:35 FOX | 97.1 | 36.2 | Forehead | Morehart, P. APN |
| | Orig Entered: 01/18/2022 17:39 EST   Morehart, P. APN | | | | |
| 12/07/2021 | 09:00 FOX | 96.8 | 36.0 | Forehead | Morehart, P. APN |
| | Orig Entered: 12/07/2021 10:05 EST   Morehart, P. APN | | | | |
| 08/28/2021 | 17:25 FOX | 98.2 | 36.8 | | Putter, K. RN |
| | Orig Entered: 08/28/2021 21:44 EST   Putter, K. RN | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/14/2022 | 15:23 FOX | 103 | | | Woodard, Sheila S (MAT) MD |
| | Orig Entered: 04/14/2022 16:26 EST   Woodard, Sheila S (MAT) MD | | | | |
| 01/31/2022 | 19:40 FOX | 78 | | | Shahan, E. RN |
| | Orig Entered: 01/31/2022 20:42 EST   Shahan, E. RN | | | | |
| 01/18/2022 | 13:35 FOX | 77 | | | Morehart, P. APN |
| | Orig Entered: 01/18/2022 17:39 EST   Morehart, P. APN | | | | |
| 12/07/2021 | 09:00 FOX | 69 | | | Morehart, P. APN |
| | Orig Entered: 12/07/2021 10:05 EST   Morehart, P. APN | | | | |
| 08/28/2021 | 17:25 FOX | 95 | | | Putter, K. RN |
| | Orig Entered: 08/28/2021 21:44 EST   Putter, K. RN | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/14/2022 | 15:23 FOX | 18 | Woodard, Sheila S (MAT) MD |
| | Orig Entered: 04/14/2022 16:26 EST   Woodard, Sheila S (MAT) MD | | |
| 01/31/2022 | 19:40 FOX | 17 | Shahan, E. RN |
| | Orig Entered: 01/31/2022 20:42 EST   Shahan, E. RN | | |
| 01/18/2022 | 13:35 FOX | 14 | Morehart, P. APN |
| | Orig Entered: 01/18/2022 17:39 EST   Morehart, P. APN | | |
| 12/07/2021 | 09:00 FOX | 14 | Morehart, P. APN |
| | Orig Entered: 12/07/2021 10:05 EST   Morehart, P. APN | | |
| 08/28/2021 | 17:25 FOX | 20 | Putter, K. RN |
| | Orig Entered: 08/28/2021 21:44 EST   Putter, K. RN | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

| Begin Date: | 06/02/2021 | | End Date: | 06/02/2022 | |
|---|---|---|---|---|---|
| Reg #: | 46018-044 | | Inmate Name: | STRONG, ANTONIO | |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/14/2022 | 15:23 FOX | 125/55 | | | | Woodard, Sheila S (MAT) MD |
| | **Orig Entered:** 04/14/2022 16:26 EST   Woodard, Sheila S (MAT) MD | | | | | |
| 01/31/2022 | 19:40 FOX | 145/76 | | | | Shahan, E. RN |
| | **Orig Entered:** 01/31/2022 20:42 EST   Shahan, E. RN | | | | | |
| 01/18/2022 | 13:35 FOX | 129/81 | | | | Morehart, P. APN |
| | **Orig Entered:** 01/18/2022 17:39 EST   Morehart, P. APN | | | | | |
| 12/07/2021 | 09:00 FOX | 145/86 | | | | Morehart, P. APN |
| | **Orig Entered:** 12/07/2021 10:05 EST   Morehart, P. APN | | | | | |
| 08/28/2021 | 17:25 FOX | 131/91 | | | | Putter, K. RN |
| | **Orig Entered:** 08/28/2021 21:44 EST   Putter, K. RN | | | | | |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 04/14/2022 | 15:34 FOX | 600 | 750 | 650 | Good | Without | Woodard, Sheila S |
| | **Orig Entered:** 04/14/2022 16:36 EST   Woodard, Sheila S (MAT) MD | | | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/14/2022 | 15:23 FOX | 98 | | Woodard, Sheila S (MAT) MD |
| | **Orig Entered:** 04/14/2022 16:26 EST   Woodard, Sheila S (MAT) MD | | | |
| 01/31/2022 | 19:40 FOX | 97 | | Shahan, E. RN |
| | **Orig Entered:** 01/31/2022 20:42 EST   Shahan, E. RN | | | |
| 01/18/2022 | 13:35 FOX | 97 | | Morehart, P. APN |
| | **Orig Entered:** 01/18/2022 17:39 EST   Morehart, P. APN | | | |
| 12/07/2021 | 09:00 FOX | 98 | | Morehart, P. APN |
| | **Orig Entered:** 12/07/2021 10:05 EST   Morehart, P. APN | | | |
| 08/28/2021 | 17:25 FOX | 98 | | Putter, K. RN |
| | **Orig Entered:** 08/28/2021 21:44 EST   Putter, K. RN | | | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 04/14/2022 | 15:23 FOX | 73.0 | 185.4 | Woodard, Sheila S (MAT) MD |
| | **Orig Entered:** 04/14/2022 16:26 EST   Woodard, Sheila S (MAT) MD | | | |
| 01/18/2022 | 13:35 FOX | 70.0 | 177.8 | Morehart, P. APN |
| | **Orig Entered:** 01/18/2022 17:39 EST   Morehart, P. APN | | | |
| 12/07/2021 | 09:00 FOX | 70.0 | 177.8 | Morehart, P. APN |
| | **Orig Entered:** 12/07/2021 10:05 EST   Morehart, P. APN | | | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/14/2022 | 15:23 FOX | 169.2 | 76.7 | | Woodard, Sheila S (MAT) MD |
| | **Orig Entered:** 04/14/2022 16:26 EST   Woodard, Sheila S (MAT) MD | | | | |
| 01/18/2022 | 13:35 FOX | 165.0 | 74.8 | | Morehart, P. APN |
| | **Orig Entered:** 01/18/2022 17:39 EST   Morehart, P. APN | | | | |

| Begin Date: 06/02/2021 | | | | End Date: 06/02/2022 | |
| Reg #: 46018-044 | | | | Inmate Name: STRONG, ANTONIO | |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|----------|----------|---------|--------|-------------------|--------------|
| 12/07/2021 | 09:00 FOX | 168.0 | 76.2 | | Morehart, P. APN |

**Orig Entered:** 12/07/2021 10:05 EST   Morehart, P. APN

# Bureau of Prisons
## Health Services
## PPDs

**Reg #:** 46018-044                          **Inmate Name:** STRONG, ANTONIO

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 03/01/2022  10:28 | Left Forearm | Futrell, S. RN, QIIP | 03/03/2022  09:02 | 0 mm | Futrell, S. RN, QIIP |
| **Orig Entered:** 03/01/2022 11:29 EST | | Futrell, S. RN, QIIP | **Orig Entered:** 03/03/2022 10:02 EST | | Futrell, S. RN, QIIP |
| 03/08/2021  08:40 | Left Forearm | Nichols, Candyce RN | 03/10/2021  08:41 | 0 mm | Nichols, Candyce RN |
| **Orig Entered:** 03/08/2021 12:04 EST | | Nichols, Candyce RN | **Orig Entered:** 03/10/2021 09:42 EST | | Nichols, Candyce RN |
| 03/04/2020  10:29 | Left Forearm | Williams, E. RN | 03/07/2020  11:57 | 0 mm | Weyant, Laurie RN |
| **Orig Entered:** 03/04/2020 11:31 EST | | Williams, E. RN | **Orig Entered:** 03/07/2020 12:57 EST | | Weyant, Laurie RN |
| 02/25/2019  09:19 | Left Forearm | Ray, A. RN/AHSA | 02/27/2019  07:27 | 0 mm | Williams, E. RN |
| **Orig Entered:** 02/25/2019 10:20 EST | | Ray, A. RN/AHSA | **Orig Entered:** 02/27/2019 08:27 EST | | Williams, E. RN |
| 03/01/2018  15:55 | Left Forearm | Weyant, Laurie RN | 03/03/2018  16:47 | 0 mm | Weyant, Laurie RN |
| **Orig Entered:** 03/01/2018 16:56 EST | | Weyant, Laurie RN | **Orig Entered:** 03/03/2018 17:48 EST | | Weyant, Laurie RN |
| 09/07/2017  18:21 | Left Forearm | Newmon, Robert RN | 09/09/2017  20:30 | 0 mm | Nichols, Candyce RN |
| **Orig Entered:** 09/07/2017 19:22 EST | | Newmon, Robert RN | **Orig Entered:** 09/09/2017 21:30 EST | | Nichols, Candyce RN |

**Total:** 6

**Facility: FORREST CITY MED FCI**          **Medication Administration Record**          September 2021

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 09/15/21 13:55 — STRONG, ANTONIO 46018-044 — Woodard, Sheila (1) Refills | 0700 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | (sig) | (sig) | X | X | X | X | X | X | X | X | X | X |
| Exp. Date 09/20/21 13:54 — Take two tablets by mouth twice daily for 5 days ***crush/empty*** at | 1930 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 494635-FOX — Acetaminophen/Codeine 300/30MG Tab UD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Medication Orders | Time |
|---|---|
| Ord. Date — STRONG, ANTONIO 46018-044 — Woodard, Sheila | |
| Exp. Date | |
| Order | |

| Medication Orders | Time |
|---|---|
| Ord. Date — STRONG, ANTONIO 46018-044 — Woodard, Sheila | |
| Exp. Date | |
| Order | |

| Medication Orders | Time |
|---|---|
| Ord. Date — STRONG, ANTONIO 46018-044 — Woodard, Sheila | |
| Exp. Date | |
| Order | |

| Medication Orders | Time |
|---|---|
| Ord. Date — STRONG, ANTONIO 46018-044 — Woodard, Sheila | |
| Exp. Date | |
| Order | |

| Medication Orders | Time |
|---|---|
| Ord. Date — STRONG, ANTONIO 46018-044 — Woodard, Sheila | |
| Exp. Date | |
| Order | |

Time  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

**Documentation Codes: H - Hold; R - Refused; DC - Discontinued Order; S - Self Administered; NS - No Show; O - Other**

DOB: 08/20/86          HT: 70          WT: 177          Allergies: No Known Allergies

Physician: Woodard, Sheila MD

Pt. Name: STRONG, ANTONIO          Registration #: 46018-044          Unit: Z03-143UAD

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 11/18/2021 13:30 EST | | | | Facility: | FOM |

**Reviewed by Woodard, Sheila S (MAT) MD on 11/22/2021 08:50.**

Regional One Health

Patient Name: Strong, Antonio
MRN: 02247344
FIN: 102899940

Admit: 9/9/2021
Disch: 9/10/2021

DOB/Age/Gender: 8/20/1986  35 years  Male  Admitting:

## Diagnostic Radiology

**Report**
structures of the right hand and wrist appear grossly intact.

IMPRESSION: Fractures involving the fourth and fifth metacarpal bones.
***** Final *****

Dictated by:  Goodin MD, Geoffrey Schaeffer
Dictated DT/TM: 09/09/2021 8:50 pm
Signed by: Goodin MD, Geoffrey Schaeffer
Signed (Electronic Signature): 09/09/2021 8:50 pm

**Regional One Health**

**Regional One Health**
877 Jefferson Avenue
Memphis, TN 38103-2897

FCC FORREST CITY (MEDIUM)
HEALTH SERVICES

Patient: **Strong, Antonio**
MRN: 02247344
FIN: 102899940
DOB/Age/Gender: 8/20/1986  35 years   Male
Location: ED; 18; A

Admit: 9/9/2021
Disch: 9/10/2021
Admitting:

---

### Diagnostic Radiology

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-21-0099376 | 9/9/2021 20:42 CDT | XR Wrist Complete 3+ Views Right | Triplett MD, Thomas M | 35 years |

**Reason for Exam**
(XR Wrist Complete 3+ Views Right) pain;Injury

**Report**
EXAMINATION: XR Hand Complete 3+ Views Right, XR Wrist Complete 3+ Views Right

DATE: 9/9/2021 8:31 PM CDT

CLINICAL: Other (please specify) trauma

FINDINGS: 3 views of the right hand and right wrist performed. There is displaced fracture involving the fifth metacarpal diaphysis with palmar angulation the distal bone fragment. Nondisplaced fracture also noted near the proximal aspect of the fourth metacarpal bone. There is overlying soft tissue swelling at both fracture sites. The remainder the osseous structures of the right hand and wrist appear grossly intact.

IMPRESSION: Fractures involving the fourth and fifth metacarpal bones.
***** Final *****

Dictated by: Goodin MD, Geoffrey Schaeffer
Dictated DT/TM: 09/09/2021 8:50 pm
Signed by: Goodin MD, Geoffrey Schaeffer
Signed (Electronic Signature): 09/09/2021 8:50 pm

---

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-21-0099377 | 9/9/2021 20:42 CDT | XR Hand Complete 3+ Views Right | Triplett MD, Thomas M | 35 years |

**Reason for Exam**
(XR Hand Complete 3+ Views Right) FALL;Other (please specify)

**Report**
EXAMINATION: XR Hand Complete 3+ Views Right, XR Wrist Complete 3+ Views Right

DATE: 9/9/2021 8:31 PM CDT

CLINICAL: Other (please specify) trauma

FINDINGS: 3 views of the right hand and right wrist performed. There is displaced fracture involving the fifth metacarpal diaphysis with palmar angulation the distal bone fragment. Nondisplaced fracture also noted near the proximal aspect of the fourth metacarpal bone. There is overlying soft tissue swelling at both fracture sites. The remainder the osseous

---

BP-A0807          **INFLUENZA VACCINE CONSENT – INMATES** CDFRM
Sep 11

**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

*(\*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/)*

I have been provided a copy of the Vaccine Information Statement\* for Influenza Vaccine dated _____ I have had the opportunity to ask questions about the benefits and risks of vaccination.

☐ **I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|------------------|
|  |  | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
|  |  | Do you have allergy to eggs? |
|  |  | Have you ever had serious reaction to influenza vaccine?  If so, describe: |
|  |  | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
|  |  |  |

☐ **I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
|  | S. Futrell, RN  FCC Forrest City | 12-7-21 |

| (PRINT)  Inmate Name (Last, First) | Register Number | Facility |
|-----------------------------------|-----------------|----------|
| Antonio Strong | 11006-044 | FM |

Prescribed By P6190

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Scanned Date: | 12/08/2021 14:24 EST | | | Facility: | FOM |

**Reviewed by Woodard, Sheila S (MAT) MD on 12/09/2021 15:41.**

**Completely healed fracture proximal fourth metacarpal metaphyseal fracture.**

**Old healed fracture distal fifth metacarpal metaphysis again noted.**

**Ulnar splint present.**

**No new fractures. No joint malalignment.**

Radiologist:                    Farhad Khorashadi, MD

Study ready at 08:55 and initial results transmitted at 10:58



# FCI Forrest City Medium FOM

| | | | |
|---|---|---|---|
| Patient: | **STRONG, ANTONIO** (Male) | DOB: | 08/20/86 |
| Register#: | **46018-044** | Age: | 35 |
| Date: | 12/08/21 08:55 | Status: | OP |
| Slicecount: | 3 | | |
| History: | FOLLOW UP FX | | |
| Priors: | | | |
| Exams: | FILM RIGHT HAND | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.370.4.2147483647.1638973541.776938

**Final Report**

**Exam: FILM RIGHT HAND**

**INDICATION: Fracture follow-up**

**COMPARISON: Right hand 9/7/21**

**FINDINGS:**

**3 views of the right hand are obtained.**

**Transverse fracture fifth metacarpal shaft again noted with mild radiovolar angulation and 2 mm dorsal displacement. There is some diminishment of fracture line indicating partial bony bridging. Fracture line still visible.**

**Complete bony bridging and healing of nondisplaced proximal fourth metacarpal metaphyseal fracture in anatomic alignment.**

**Old healed fracture distal fifth metacarpal metaphysis healed with mild radiovolar curve position.**

**No new fractures. No joint malalignment.**

**Ulnar fiberglass splint.**

**Joint spaces are maintained.**

**Articular surfaces appear smooth. No arthritic changes identified.**

**Soft tissues are unremarkable by radiographic exam.**

**IMPRESSION:**

**Partial interval healing fifth metacarpal shaft fracture with mild radiovolar angulation and approximate 2 mm dorsal displacement. Fracture line still visible.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/21/2022 09:44 EST | | | Facility: | FOM |

**Reviewed by Woodard, Sheila S (MAT) MD on 01/25/2022 13:10.**

**3. Old healed fracture proximal metaphysis of the fourth metacarpal and distal fifth metacarpal metaphysis again noted.**

Radiologist:                           Farhad Khorashadi, MD

Study ready at 09:03 and initial results transmitted at 11:08



**statrad**®

Leading Teleradiology

# FCI Forrest City Medium FOM

Patient:          **STRONG, ANTONIO (Male)**              DOB:        08/20/86
Register#:        **46018-044**                           Age:        35
Date:             01/20/22 09:01                           Status:     OP
Slicecount:       3
History:          FOLLOW UP
Priors:
Exams:            FILM RIGHT HAND
Referring Phy:
Ordering Phy:
Ordering Phy #:
Accession Numbers: 1.2.840.113619.2.370.4.2147483647.1642688898.545614

---

**Final Report**

**Exam: FILM RIGHT HAND**

**INDICATION: Follow-up**

**COMPARISON: Right hand 12/8/21**

**FINDINGS:**

4 views of the right hand are obtained.

Redemonstration of transverse fracture of the shaft of the fifth metacarpal with volar angulation without change in alignment. There is some diminishment of fracture line since prior exam indicating some partial interval healing. Fracture line still visible.

Redemonstration of healed fracture proximal metaphysis of the fourth metacarpal and distal fifth metacarpal metaphysis.

No new fractures. No joint malalignment.

Joint spaces are maintained.

Articular surfaces appear smooth. No arthritic changes identified.

Soft tissues are unremarkable by radiographic exam.

**IMPRESSION:**

1. Redemonstration of transverse fracture of the shaft of the fifth metacarpal with volar angulation without change in alignment. There is some diminishment of fracture line since prior exam indicating some partial interval healing. Fracture line still visible.

2. No new fractures. No joint malalignment.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | | Race: | BLACK |
| Scanned Date: | 02/01/2022 14:46 EST | | | | Facility: | FOM |

**Reviewed by Woodard, Sheila S (MAT) MD on 02/02/2022 07:57.**

**Hand ROH**

Patient Name:    Strong, Antonio
MRN:             02247344                          Date of Service:  1/31/2022
FIN:             103010971                         Provider:         Thompson MD,Norfleet
DOB/Age/Gender:  8/20/1986  35 years    Male

---

### Office Clinic Notes

There are no satisfied recommendations
within the defined date range

**Lab Results**
No qualifying data available.

**Attestation**
.attest

Electronically Signed on 01/31/2022 03:07

_____

Konrade MD, Elliot

_____

Thompson MD, Norfleet

---

# $H$ 460180944

**Regional One Health**

**Hand ROH**
880 Madison Ave
Memphis, TN 38103-

FCC FORREST CITY (MEDIUM)
HEALTH SERVICES

| | |
|---|---|
| Patient: | **Strong, Antonio** |
| MRN: | 02247344 |
| FIN: | 103010971 |
| DOB/Age/Gender: | 8/20/1986  35 years    Male |

Date of Service:  1/31/2022
Provider:  Thompson MD,Norfleet

---

## Office Clinic Notes

---

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

Orthopedic Office Clinic Note
1/31/2022 14:59 CST
Unauth
Office Visit Note
Konrade MD,Elliot (1/31/2022 15:07 CST)

**Reason for Visit**
Boxer's fx

**Chief Complaint**
pain in RT hand

**History of Present Illness**
Antonio Strong is 35 y M who presents for f/u of his R 4th and 5th metacarpal fxs now approximately 5 months out still in an ulnar gutter splint. Pt denies pain or numbness/tingling to R hand. Pt said the prison had difficulty with scheduling his appointment so he wasn't able to f/u until just now.

**Review of Systems**
A 10-point review of systems was performed and negative except as stated in the HPI.

**Physical Exam**

  Vitals & Measurements
  **T:** 35.6 °C (Tympanic) **T:** 35.6 °C (Oral) **RR:** 18 **BP:** 108/71 **SpO2:** 99%
  **HT:** 180 cm **WT:** 77 kg **WT:** 77 kg **BMI:** 23.765
  Peripheral Pulse Rate: 62 (01/31/22 12:59:00)
General: NAD, A&Ox3, appropriate mood and affect
CV: Warm and well perfused, regular rate by palpation
Pulm: NLB on RA
MSK:
RUE: Skin intact, no open wounds. Nontender to palpation about 4th and 5th metacarpals. little to no flexion R small finger, full extension. Motor intact AIN/PIN/U. SILT 2/2  M/R/U. Palpable radial pulse

**Assessment/Plan**
35 y M with 4th and 5th metacarpal fxs

Plan:

-WBAT R hand
-aggressive ROM R ring and small fingers
-f/u prn

**Elliot Konrade, MD**
UTHSC/Campbell Clinic PGY -1 Orthopedic Resident

**Problem List/Past Medical History**
Ongoing
  Asthma
Historical
  No qualifying data

**Medications**
No active medications

**Allergies**
No Known Allergies

**Social History**
Alcohol
  Past, 01/31/2022
Substance Use
  Never, 01/31/2022
Tobacco
  Smoking tobacco use: Former smoker, quit more than 30 days ago., 09/09/2021

**Health Maintenance**
**Health Maintenance**
  **Pending** (in the next year)
  OverDue
    Influenza Vaccine due  09/01/21  and every 1  years
    Due
    Adult Wellness Exam due  01/31/22  and every 1  years
    Asthma - Medication Prescribed due  01/31/22  Variable frequency
    Asthma - Spirometry due  01/31/22  and every 2  years
    Asthma - Wright Peak Flow due  01/31/22  and every 6  months
    Asthma - Written Action Plan due  01/31/22  Variable frequency
    Depression Screening due  01/31/22  and every 1  years
    Lipid Screening due  01/31/22  and every 5  years
    Physical Exercise Education due  01/31/22  and every 1  years
  **Satisfied** (in the past 1 year)

---

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/28/2022 09:41 EST | | | Facility: | FOM |

**Reviewed by Woodard, Sheila S (MAT) MD on 03/29/2022 08:02.**

**3. No new fractures. No joint malalignment.**

**4. Fiberglas cast has been removed since prior exam.**

Radiologist:                    Farhad Khorashadi, MD

Study ready at 12:10 and initial results transmitted at 12:41



**statrad**®

Leading Teleradiology

# FCI Forrest City Medium FOM

Patient:       **STRONG, ANTONIO (Male)**                              DOB:       08/20/86
Register#:     **46018-044**                                          Age:       35
Date:          03/25/22 12:10                                         Status:    OP
Slicecount:    3
History:       CONTINUED PAIN
Priors:
Exams:         FILM RIGHT HAND
Referring Phy:
Ordering Phy:
Ordering Phy #:
Accession Numbers: 1.2.840.113619.2.370.4.2147483647.1648219470.761776

---

## Final Report

**Exam: FILM RIGHT HAND**

**INDICATION: Continued pain**

**COMPARISON: Right hand 1/20/22**

**FINDINGS:**

**3 views of the right hand are obtained.**

**Fiberglas cast has been removed.**

**Redemonstration of fracture of the fifth metacarpal shaft with again radiovolar curve angulation without displacement. There is been additional bony bridging and healing with small residual portion of fracture line still visible.**

**Completely healed fracture proximal metaphysis of the fourth metacarpal in anatomic alignment again noted.**

**No new acute fracture. No joint malalignment.**

**Joint spaces are maintained.**

**Articular surfaces appear smooth. No arthritic changes identified.**

**Soft tissues are unremarkable by radiographic exam.**

**IMPRESSION:**

**1. Continued healing of fifth metacarpal shaft fracture without change in alignment. Small residual portion of fracture line still visible.**

**2. Completely healed fracture proximal fourth metacarpal metaphysis in anatomic alignment.**

## a67604cc-d1d6-4e07-8dde-290de5eac7e0

FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>

Wed 5/18/2022 1:29 PM

To: ~^! STRONG, ~^!ANTONIO <46018044@inmatemessage.com>

A. Thomas H.I.T.
FCC Forrest City. AR

What are you requesting specifically?

---

**From:** ~^! STRONG, ~^!ANTONIO <46018044@inmatemessage.com>
**Sent:** Monday, May 16, 2022 1:59 PM
**To:** FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
**Subject:** ***Request to Staff*** STRONG, ANTONIO, Reg# 46018044, FOM-B-C

To: mrs.thomas
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
a67604cc-d1d6-4e07-8dde-290de5eac7e0
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


I'm trying to request my medical records

**8241e766-d61d-4fd1-ab37-8d940bf619d7**

FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>

Tue 5/24/2022 1:41 PM

To: ~^! STRONG, ~^!ANTONIO <46018044@inmatemessage.com>

A. Thomas H.I.T.
FCC Forrest City. A⁻

You are requesting what?

---

**From:** ~^! STRONG, ~^!ANTONIO <46018044@inmatemessage.com>
**Sent:** Sunday, May 22, 2022 11:20 PM
**To:** FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
**Subject:** ***Request to Staff*** STRONG, ANTONIO, Reg# 46018044, FOM-B-C

To: mrs,thomas
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
8241e766-d61d-4fd1-ab37-8d940bf619d7
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


im requesting my medical from the last past please thank you

## 1fa29f2b-fe4a-47d9-9062-3a03f816c525

FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Fri 5/27/2022 4:08 PM
To: ~^! STRONG, ~^!ANTONIO <46018044@inmatemessage.com>
Watch call out for medical records

A. Thomas H.I.T.
FCC Forrest City, AR

---

**From:** ~^! STRONG, ~^!ANTONIO <46018044@inmatemessage.com>
**Sent:** Thursday, May 26, 2022 5:31 PM
**To:** FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
**Subject:** ***Request to Staff*** STRONG, ANTONIO, Reg# 46018044, FOM-B-C

To: ,RS.THOMAS
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
1fa29f2b-fe4a-47d9-9062-3a03f816c525
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


IM REQUESTING MY MEDICAL RECORDS FROM THE LAST PAST YEAR PLEASE THANK YOU

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/09/2021 21:14 | Provider: | Lab Result Receive | Facility: | FOM |

**Cosigned by Woodard, Sheila S (MAT) MD on 10/12/2021 12:49.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | STRONG, ANTONIO | | | Reg #: | 46018-044 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/09/2021 21:14 | Provider: | Lab Result Receive | Facility: | FOM |

**Reviewed by Morehart, P. APN on 10/10/2021 17:36.**

 **Quest** Diagnostics™



**Report Status: Final**

**STRONG, ANTONIO**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **STRONG, ANTONIO**<br><br>**DOB: 08/20/1986   AGE: 35**<br>Gender:   M<br>Phone:   NG<br>Patient ID: 46018-044 | Specimen:   KS700461J<br>Requisition: 2065754<br>Lab Ref #:   278211961<br><br>Collected:   10/08/2021 / 11:30 CDT<br>Received:   10/09/2021 / 07:37 CDT<br>Reported:   10/09/2021 / 21:11 CDT | Client #: 4018500   NO MAIL<br>MOREHART, P.<br>FCI- FORREST CITY FOM<br>Attn: PO BOX 7000<br>1301 DALE BUMPERS<br>FORREST CITY, AR 72336 |

## SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),   QUALITATIVE NAAT | | | KS |
| SARS CoV 2 RNA | NOT DETECTED | NOT DETECTED | |

A Not Detected result means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection.

A Not Detected result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in the context of clinical observations and epidemiological data for patient management decisions.

Test Method: Nucleic Acid Amplification Test including reverse transcription polymerase chain reaction (RT-PCR) and transcription mediated amplification (TMA). The test method meets the US Centers for Disease Control and prevention (CDC) pre departure and arrival requirement for viral test for COVID-19 dated January 28, 2021. Testing requirements for traveling may change with time. The patient is responsible for determining the test requirements for each nation while they are traveling.

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2 https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/fact-sheet2

Due to the current public health emergency, Quest Diagnostics is accepting samples from appropriate clinical sources collected using wide variety of swabs and transport media for COVID-19. Not detected test results derived from specimens received in non- commercially manufactured viral collection kits or those not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and take extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**
KS     QUEST DIAGNOSTICS LENEXA, 10101 RENNER BLVD, LENEXA, KS 66219-9752 Laboratory Director: WILLIAM BECKER,DO,MPH, CLIA: 17D0648226

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

| Complex: | FOX--FORREST CITY FCC | Begin Date: | 06/02/2021 | End Date: | 06/02/2022 |
|---|---|---|---|---|---|
| Inmate: | STRONG, ANTONIO | Reg #: | 46018-044 | Quarter: | B03-203U |

## Active Prescriptions

**Start:** 09/13/21          **Exp:** 09/20/21                                    **Pharmacy Dispensings:** 14 TAB in 7 days

Ibuprofen 800 MG Tab

Take one tablet (800 MG) by mouth twice daily with food as needed for pain  *Please purchase from commissary when these are gone if needed*

**Rx#:**  496006-FOX        **Doctor:**  Woodard, Sheila S (MAT) MD

**Start:** 10/01/21          **Exp:** 10/11/21      **D/C:** 10/04/21      **Pharmacy Dispensings:** 14 TAB in 10 days

Ibuprofen 800 MG Tab

Take one tablet (800 MG) by mouth each day with food as needed for pain for 7 days *Please purchase from commissary when these are gone if needed*

**Rx#:**  496055-FOX        **Doctor:**  Woodard, Sheila S (MAT) MD

**Start:** 10/04/21          **Exp:** 10/11/21                                    **Pharmacy Dispensings:** 7 TAB in 7 days

Meloxicam 7.5 MG Tab

Take one tablet (7.5 MG) by mouth up to twice daily with food as needed for pain exam 4-14-22 "Chronic Care Verified"

**Rx#:**  510498-FOX        **Doctor:**  Woodard, Sheila S (MAT) MD

**Start:** 04/18/22          **Exp:** 07/17/22                                    **Pharmacy Dispensings:** 60 TAB in 45 days

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| Complex: FOX--FORREST CITY FCC | Begin Date: 06/02/2021 | End Date: 06/02/2022 |
|---|---|---|
| Inmate: STRONG, ANTONIO | Reg #: 46018-044 | Quarter: B03-203U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Acetaminophen/Codeine 300/30MG Tab UD
Take one tablet  by mouth twice daily for 2 days ***crush/empty*** at ***pill line***
**Rx#:** 494197-FOX      **Doctor:** Woodard, Sheila S (MAT) MD
**Start:** 09/08/21      **Exp:** 09/10/21            **Pharmacy Dispensings:** 0 TAB in 2 days


Acetaminophen/Codeine 300/30MG Tab UD
Take two tablets  by mouth twice daily ***crush/empty*** at ***pill line***
**Rx#:** 494471-FOX      **Doctor:** Tomar, M. (MAT) MD
**Start:** 09/10/21      **Exp:** 09/12/21            **Pharmacy Dispensings:** 0 TAB in 2 days


Acetaminophen/Codeine 300/30MG Tab UD
Take two tablets  by mouth twice daily for 5 days ***crush/empty*** at ***pill line***
**Rx#:** 494635-FOX      **Doctor:** Woodard, Sheila S (MAT) MD
**Start:** 09/15/21      **Exp:** 09/20/21            **Pharmacy Dispensings:** 0 TAB in 5 days


Acetaminophen/Codeine 300/30MG Tab UD
Take two tablets  by mouth twice daily for 5 days ***crush/empty*** at ***pill line***
**Rx#:** 495469-FOX      **Doctor:** Woodard, Sheila S (MAT) MD
**Start:** 09/24/21      **Exp:** 09/29/21            **Pharmacy Dispensings:** 0 TAB in 5 days


Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days.
If need more, make sick call) "Empty container is to be returned for refill"
**Rx#:** 510497-FOX      **Doctor:** Woodard, Sheila S (MAT) MD
**Start:** 04/18/22      **Exp:** 07/17/22            **Pharmacy Dispensings:** 8.5 GM in 45 days


Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth twice daily with food as needed for pain for 7 days *Please purchase from commissary
when these are gone if needed*
**Rx#:** 494000-FOX      **Doctor:** Harris, J. APRN
**Start:** 09/02/21      **Exp:** 09/09/21            **Pharmacy Dispensings:** 14 TAB in 7 days


Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth twice daily with food as needed for pain for 7 days *Please purchase from commissary
when these are gone if needed*
**Rx#:** 494464-FOX      **Doctor:** Tomar, M. (MAT) MD

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:   46018-044          Inmate Name:  STRONG, ANTONIO

## Housing Status

__ confined to the living quarters except  __ meals  __ pill line  __ treatments   Exp. Date: _____

__ on complete bed rest: __ bathroom privileges only   Exp. Date: _____

__ cell:  __ cell on first floor  __ single cell  __ lower bunk  __ airborne infection isolation   Exp. Date: _____

__ other: _____   Exp. Date: _____

## Physical Limitation/Restriction

__ all sports   Exp. Date: _____

__ weightlifting:  __ upper body  __ lower body   Exp. Date: _____

__ cardiovascular exercise:  __ running  __ jogging  __ walking  __ softball   Exp. Date: _____
                            __ football  __ basketball  __ handball  __ stationary equipment

__ other: _____   Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
| --- | --- | --- | --- |
| Exercise Therapy Kit | 02/01/2022 | 05/02/2022 | |
| Hand Exercise Therapy Ball. | | | |

## Work Restriction / Limitation:

Cleared for Food Service:  **Yes** _____

 **X**  No Restrictions

**Comments:**  N/A

_____        **02/01/2022**
              Morehart, P. APN
Health Services Staff                                Date

Inmate Name: _____ **STRONG, ANTONIO** _____   Reg #: ___ **46018-044** ___   Quarters: ___ **B03** ___

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
# Health Services
# Immunizations

| Begin Date: | 06/02/2021 | | End Date: | 06/02/2022 |
|---|---|---|---|---|
| Reg #: | 46018-044 | | Inmate Name: | STRONG, ANTONIO |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 12/07/2021 | Refused | | | | | | |

Afluria

**Orig Entered:** 12/07/2021 09:30 EST　Futrell, S. RN, QIIP

**Total:** 1

# Bureau of Prisons
# Health Services
# Vision Screens

Reg #:  46018-044                    Inmate Name:  STRONG, ANTONIO

**Vision Screen on** 03/12/2018 10:50

**Blindness:**

**Distance Vision:** OD:                OS:                OU:

**Near Vision:**      OD: 20/20          OS: 20/20          OU:

**With Corrective**

**Distance Vision:** OD:                OS:                OU:

**Near Vision:**      OD:                OS:                OU:

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:                L:

**Comments:**

   **Orig Entered:**   03/12/2018 12:15 EST   Morehart, P. APN

**Bureau of Prisons**

**Health Services**

**Health Problems**

Reg #:  46018-044                     Inmate Name:  STRONG, ANTONIO

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Unspecified lesions of oral mucosa | | | | | | |
| 04/15/2021 11:48 EST  Morehart, P. APN | | ICD-10 | K1370 | 06/25/2019 | Current | 04/15/2021 |
| 04/15/2021 11:48 EST  Morehart, P. APN | | ICD-10 | K1370 | 06/25/2019 | Resolved | 04/15/2021 |
| 06/25/2019 15:31 EST  Smith, Andrea DMD | | ICD-10 | K1370 | 06/25/2019 | Current | |
| Pathological fracture, hand | | | | | | |
| 12/07/2021 10:14 EST  Morehart, P. APN | | ICD-10 | M84443 | 12/07/2021 | Current | |
| Boxer's fractures of the Right Hand - occurred on 8.30.2021. | | | | | | |
| **Remission** | | | | | | |
| Asthma | | | | | | |
| 03/06/2019 13:34 EST  Woodard, Sheila S MD | | ICD-10 | J45909 | 09/15/2017 | Remission | 03/06/2019 |
| 03/12/2018 12:16 EST  Morehart, P. APN | | ICD-10 | J45909 | 09/15/2017 | Remission | 03/12/2018 |
| 09/15/2017 13:48 EST  Hickerson, M. DNP, ACNP-BC | | ICD-10 | J45909 | 09/15/2017 | Current | |
| **Resolved** | | | | | | |
| Pulpitis | | | | | | |
| 03/02/2018 09:32 EST  Smith, Andrea DMD | | ICD-10 | K040 | 03/02/2018 | Resolved | 03/02/2018 |
| Chronic apical periodontitis | | | | | | |
| 05/30/2018 16:00 EST  Stewart, Walter DDS | | ICD-10 | K045 | 05/24/2018 | Resolved | 05/30/2018 |
| 05/24/2018 16:49 EST  Stewart, Walter DDS | | ICD-10 | K045 | 05/24/2018 | Current | |
| Periapical abscess with sinus | | | | | | |
| 03/05/2020 13:29 EST  Woodard, Sheila S MD | | ICD-10 | K046 | 04/23/2019 | Resolved | 03/05/2020 |
| 04/23/2019 08:57 EST  Stewart, Walter DDS | | ICD-10 | K046 | 04/23/2019 | Current | |
| Pain in unspecified hand | | | | | | |
| 12/07/2021 10:14 EST  Morehart, P. APN  Rt hand | | ICD-10 | M79643 | 09/02/2021 | Resolved | 12/07/2021 |
| 09/02/2021 13:36 EST  Harris, J. APRN  Rt hand | | ICD-10 | M79643 | 09/02/2021 | Current | |

**Reg #:**  46018-044                    **Inmate Name:** STRONG, ANTONIO

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | | Has a Consult with Ortho - will f/u with a time frame. | | |
| | | **Orig Entered:**   12/07/2021 10:16 EST   Morehart, P. | | |
| 12/07/2021 | Counseling | Plan of Care | Verbalizes Understanding | Morehart, P. |
| | | Right hand x-rays | | |
| | | **Orig Entered:**   12/07/2021 10:16 EST   Morehart, P. | | |
| 10/04/2021 | Medication | Ibuprofen 800 MG Tab | Pharmacy No participation | Shahan, E. |
| | | **Orig Entered:**   10/04/2021 18:48 EST   Shahan, E. | | |
| 09/15/2021 | Counseling | Access to Care | Verbalizes Understanding | Woodard, Sheila |
| | | **Orig Entered:**   09/15/2021 13:38 EST   Woodard, Sheila S (MAT) | | |
| 09/13/2021 | Medication | Ibuprofen 800 MG Tab | Pharmacy No participation | Shahan, E. |
| | | **Orig Entered:**   09/13/2021 17:14 EST   Shahan, E. | | |
| 09/09/2021 | Counseling | Access to Care | Verbalizes Understanding | Woodard, Sheila |
| | | **Orig Entered:**   09/09/2021 10:07 EST   Woodard, Sheila S (MAT) | | |
| 08/28/2021 | Counseling | Access to Care | Verbalizes Understanding | Putter, K. |
| | | **Orig Entered:**   08/28/2021 21:58 EST   Putter, K. | | |

**Total:**  16

# Bureau of Prisons
# Health Services
# Patient Education Assessments & Topics

**Reg #:**  46018-044                    **Inmate Name:** STRONG, ANTONIO

## ` Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 04/25/2022 | Medication | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | Pharmacy No participation | Holland, Hanna |
| | Orig Entered: 04/25/2022 14:34 EST Holland, Hanna | | | |
| 04/25/2022 | Medication | Meloxicam 7.5 MG Tab | Pharmacy No participation | Holland, Hanna |
| | Orig Entered: 04/25/2022 14:34 EST Holland, Hanna | | | |
| 04/15/2022 | Counseling | Access to Care | Verbalizes Understanding | Woodard, Sheila |
| | Orig Entered: 04/15/2022 17:40 EST Woodard, Sheila S (MAT) | | | |
| 01/31/2022 | Counseling | Access to Care | Verbalizes Understanding | Shahan, E. |
| | Orig Entered: 01/31/2022 20:43 EST Shahan, E. | | | |
| 01/18/2022 | Counseling | Access to Care | Verbalizes Understanding | Morehart, P. |
| | Orig Entered: 01/18/2022 17:47 EST Morehart, P. | | | |
| 01/18/2022 | Counseling | Diagnosis | Verbalizes Understanding | Morehart, P. |
| | Orig Entered: 01/18/2022 17:47 EST Morehart, P. | | | |
| 01/18/2022 | Counseling | Plan of Care | Verbalizes Understanding | Morehart, P. |
| | Reapply splint with change of padding. Ortho consult is pending. | | | |
| | Orig Entered: 01/18/2022 17:47 EST Morehart, P. | | | |
| 12/07/2021 | Counseling | Access to Care | Verbalizes Understanding | Morehart, P. |
| | Orig Entered: 12/07/2021 10:16 EST Morehart, P. | | | |
| 12/07/2021 | Counseling | Diagnosis | Verbalizes Understanding | Morehart, P. |
| | Right hand Boxer's fractures | | | |
| | Orig Entered: 12/07/2021 10:16 EST Morehart, P. | | | |
| 12/07/2021 | Counseling | Plan of Care | Verbalizes Understanding | Morehart, P. |
| | Has a Consult with Ortho - will f/u with a time frame. | | | |

# Bureau of Prisons
# Health Services
# Allergies

| Reg #: 46018-044 | Inmate Name:  STRONG, ANTONIO |
|---|---|

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 09/07/2017 | |

**Orig Entered:**   09/07/2017 19:04 EST   Newmon, Robert RN

**Total:** 1

**Bureau of Prisons**
**Health Services**
**Pain Management**

| | |
|---|---|
| Begin Date:  06/02/2021 | End Date:      06/02/2022 |
| Reg #:       46018-044 | Inmate Name:  STRONG, ANTONIO |

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|------|-------------|--------------|----------|-----|------|----------|
| 09/15/2021 12:35 FOX Plan to submit for Ortho Consult | | Aching | Hand-Right | 9 | | Woodard, Sheila S |
| **Orig Entered:** 09/15/2021 13:37 EST   Woodard, Sheila S (MAT) MD | | | | | | |
| 09/09/2021 08:56 FOX Plan to refer this patient to ROMC for an evaluation | | Throbbing | Wrist-Right | 8 | | Woodard, Sheila S |
| **Orig Entered:** 09/09/2021 09:59 EST   Woodard, Sheila S (MAT) MD | | | | | | |

# Bureau of Prisons
## Health Services
## Devices and Equipment

| | |
|---|---|
| **Start Date:** 06/02/2021 | **Stop Date:** 06/02/2022 |
| **Reg #:** 46018-044 | **Inmate Name:** STRONG, ANTONIO |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Exercise Therapy Kit | | | | | |
| 02/01/2022 14:15 EST  Morehart, P. APN | 02/01/2022 | 05/02/2022 | | BOP | Hand Exercise Therapy Ball. |

**Total:** 1

# Medication Administration Record

**SEPTEMBER 2021**

46018-044   STRONG, ANTONIO

**Medication Orders**

| Medication Order | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 09/08/21 08:41 — Woodard, Sheila MD — Take one tablet by mouth twice daily for 2 days ***crush/empty*** at — Exp. Date 09/10/21 08:40 — FOX 494197-FOX — Acetaminophen/Codeine 300/30MG Tab UD | | x | x | x | x | x | x | x | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 09/10/21 08:45 — Tomar, M. MD — Take two tablets by mouth twice daily ***crush/empty*** at — Exp. Date 09/12/21 08:44 — FOX 494471-FOX — Acetaminophen/Codeine 300/30MG Tab UD | | x | x | x | x | x | x | x | x | x | x | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 09/15/21 13:55 — Woodard, Sheila MD — Take two tablets by mouth twice daily for 5 days ***crush/empty*** at — Exp. Date 09/20/21 13:54 — FOX 494635-FOX — Acetaminophen/Codeine 300/30MG Tab UD | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 09/24/21 15:13 — Woodard, Sheila MD — Take two tablets by mouth twice daily for 5 days ***crush/empty*** at — Exp. Date 09/29/21 15:12 — FOX 495469-FOX — Acetaminophen/Codeine 300/30MG Tab UD | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | x | x |

Providers:

Documentation Codes: ORD = Order

Registration #: 46018-044   Pt. Name: STRONG, ANTONIO   DOB: 08/20/86

Report information is current as of the date and time of printing: 06/02/2022 10:49 EST



Antonio Strong 46018-044
forrest City F.C.I Medium

P.O. Box 3000

forrest City AR, 72336

United State District Court
Clerk's office
600 West Capitol Ave Suite A-149
Little Rock, AR. 72201-3325