IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTONIO STRONG                                                                                        PLAINTIFF
Reg. #46018-044

v.                               No. 2:22-cv-00191-LPR-JJV

USA, et al.                                                                                          DEFENDANTS

# ORDER

The Court has reviewed the proposed Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time for doing so has expired. After a careful and *de novo* review of the PRD and the record, the Court concludes the PRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Strong is allowed to proceed with his FTCA claim against Defendant United States of America.

2. Mr. Strong's *Bivens* claim is DISMISSED without prejudice.

3. Defendants Merrick Garland and Sheila S. Woodard are DISMISSED without prejudice as parties to this action.

4. Defendant Woodard's Motion to Dismiss (Doc. 10) and Motion for Summary Judgment (Doc. 27) are DENIED as moot.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 14th day of August 2023.

                                                _____
                                                LEE P. RUDOFSKY
                                                UNITED STATES DISTRICT JUDGE