IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANTONIO STRONG**                                                                                       **PLAINTIFF**
Reg. #46018-044

v.                            Case No. 2:22-cv-00191-LPR-JJV

**USA**                                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) judgment is entered in favor of the United States on Plaintiff's FTCA claim and (2) all other claims in this case are dismissed without prejudice.

IT IS SO ADJUDGED this 17th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE